UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARI OM HARI, INC. DBA LA CASA §
INN & SUITES, §
§
    Plaintiff, §
§ CIVIL NO. 4:20-CV-000398
  v. §
§
MT. HAWLEY INSURANCE §
COMPANY §

    Defendant.

## INDEX OF STATE COURT DOCUMENTS

| No. | Date Filed or Entered | Document |
|---|---|---|
| A | N/A | Index of State Court Documents |
| B | 8/7/20 | State Court Case Docket |
| C | N/A | All papers filed or served in the State Court Case |
| D | 5/17/19 | AAA Claim Consultants, Inc.'s May 17, 2019 Damages Estimate |
| E | N/A | List of all counsel of record and contact information |