Filing # 110273533 E-Filed 07/15/2020 12:28:53 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.     CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SECOND</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>LEON</u>   COUNTY, FLORIDA

Case No.: <u>2020 CA 001306</u>
Judge: _____

<u>HARI OM HARI, INC. DBA LA CASA INN & SUITES</u>
Plaintiff

vs.

<u>MT HAWLEY INSURANCE COMPANY</u>
Defendant

**II.    AMOUNT OF CLAIM**
Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>620,000</u>

**III.   TYPE OF CASE**     (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
　☐ Business governance
　☐ Business torts
　☐ Environmental/Toxic tort
　☐ Third party indemnification
　☐ Construction defect
　☐ Mass tort
　☐ Negligent security
　☐ Nursing home negligence
　☐ Premises liability – commercial
　☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
　☐ Commercial foreclosure
　☐ Homestead residential foreclosure
　☐ Non-homestead residential foreclosure
　☐ Other real property actions
☐ Professional malpractice
　☐ Malpractice – business
　☐ Malpractice – medical

　☐ Malpractice – other professional
☐ Other
　☐ Antitrust/Trade Regulation
　☐ Business Transaction
　☐ Circuit Civil - Not Applicable
　☐ Constitutional challenge-statute or ordinance
　☐ Constitutional challenge-proposed amendment
　☐ Corporate Trusts
　☐ Discrimination-employment or other
　☐ Insurance claims
　☐ Intellectual property
　☐ Libel/Slander
　☐ Shareholder derivative action
　☐ Securities litigation
　☐ Trade secrets
　☐ Trust litigation

☐ County Civil
　☐ Small Claims up to $8,000
　☐ Civil
　☐ Replevins
　☐ Evictions
　☐ Other civil (non-monetary)


EXHIBIT
C

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF AN OFFICIAL RECORD OR DOCUMENT AUTHORIZED BY LAW TO BE RECORDED OR FILED AND ACTUALLY RECORDED OR FILED IN THE OFFICE OF THE LEON COUNTY CLERK OF THE CIRCUIT COURT & COMPTROLLER. THIS DOCUMENT MAY HAVE REDACTIONS AS REQUIRED BY LAW.
VISIT HTTPS://CVWEB.CLERK.LEON.FL.US/PUBLIC/INDEX.HTML TO VALIDATE THIS DOCUMENT



Digitally signed by The Honorable Gwen Marshall
Date: 2020.07.29 19:44:38 -04:00
Leon County Clerk of the Circuit Court and
Comptroller
Location: 301 S. Monroe Street, #100, Tallahassee,

Unique Code: CAA-FAD-BCAHD-BAJBHDJIH-ICHBE-A Page 1 of 2

Unique Code : CAA-FAD-BCAHD-BAJBHDJIH-ICHBE-A Page 2 of 2

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

IV.    **REMEDIES SOUGHT** (check all that apply):
☒  Monetary;
☒  Non-monetary declaratory or injunctive relief;
☐  Punitive

V.    **NUMBER OF CAUSES OF ACTION:**
(Specify)

<u>2</u>

VI.    **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐  Yes
☒  No

VII.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒  No
☐  Yes – If "yes" list all related cases by name, case number and court:

VIII.    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒  Yes
☐  No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:    <u>s/ Alexis E Altman</u>
    Attorney or party
FL Bar No.:  <u>0105040</u>
    (Bar number, if attorney)
    <u>Alexis E Altman</u>
    (Type or print name)
    Date:  <u>07/15/2020</u>

*20-000198570*

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

| | |
|---|---|
| HARI OM HARI INC. DBA LA CASA INN & SUITES | **CASE #:** 2020 CA 001306 |
| | **COURT:** CIRCUIT COURT |
| PLAINTIFF(S) | **COUNTY:** LEON |
| | **DFS-SOP #:** 20-000198570 |
| VS. | |
| MT HAWLEY INSURANCE COMPANY | |
| DEFENDANT(S) | |
| _____/ | |
| SUMMONS, COMPLAINT, DISCOVERY | |

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Friday, July 17, 2020 and a copy was forwarded by ELECTRONIC DELIVERY on Monday, July 20, 2020 to the designated agent for the named entity as shown below.

MT HAWLEY INSURANCE COMPANY
JEFFREY D. FICK
9025 N. LINDBERGH DRIVE
PEORIA, IL 61615

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

MAX M. MESSINGER
ATTORNEY
KANNER & PINTALUGA
925 S. FEDERAL HIGHWAY, 6TH FLOOR
BOCA RATON, FL 33432

RAD

RECEIVED AS STATUTORY REGISTERED AGENT on 17 July, 2020 and served on defendant or named party on 20 July, 2020 by the Florida Department of Financial Services

IN THE CIRCUIT COURT OF THE 2nd JUDICIAL CIRCUIT IN AND FOR LEON COUNTY, FLORIDA

HARI OM HARI, INC. DBA LA CASA INN & SUITES,

CASE NO.:  2020 CA 001306

     Plaintiff,

v.

MT HAWLEY INSURANCE COMPANY,

     Defendant.

_____/

## SUMMONS

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

     **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Interrogatories, Request for Production, Request for Admissions, Notice of Deposition, and Notice of E-mail Designation in the above-styled cause upon the Defendant:

PLEASE SERVE:    **MT HAWLEY INSURANCE COMPANY**

BY SERVING:    Insurance Commissioner of the State of Florida,
    for and on behalf of the Defendant,
    in accordance with Florida Statutes.

    c/o Florida Chief Financial Officer as Reg. Agent
    200 E. Gaines St.
    Tallahassee, FL 32399-0000

DATED:   *7/15/2020*

                **CLERK NAME**
                As Clerk of Court

By: _____
                As Deputy Clerk
                (COURT SEAL)

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of the court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, property, and money may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). Also, you may call your insurance company representative if you believe you are covered for this loss.

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los nombres demanda a tiemp, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo teimpo en que presenta su repuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judicares ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cetta citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommes ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite de le relai requis, vous risqué de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocet. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme una reponse ecrite, il vous faudra egalement , en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocet) nomme cidessous.

REPLY TO:

> ALEXIS ALTMAN, ESQ.
> Florida Bar No.: 0105040
> **KANNER & PINTALUGA, P.A.**
> Attorney for Plaintiff
> 925 S. Federal Highway, Sixth Floor
> Boca Raton, FL 33432
> Phone:          561-424-0032
> Fax:            561-853-2188

IN THE CIRCUIT COURT OF THE 2nd
JUDICIAL CIRCUIT IN AND FOR
LEON COUNTY, FLORIDA

HARI OM HARI, INC. DBA LA CASA
INN & SUITES,

CASE NO.:

     Plaintiff,

v.

MT HAWLEY INSURANCE COMPANY,

     Defendant.

_____/

## PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT & DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, HARI OM HARI, INC. DBA LA CASA INN & SUITES, through the undersigned counsel, and hereby files this Complaint against Defendant, MT HAWLEY INSURANCE COMPANY, and as grounds therefore states as follows:

1.     This is an action for damages in excess of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of interest, attorneys' fees and costs, and is otherwise within the jurisdictional limits of this Court.

2.     At all times material hereto, Defendant was an insurance company authorized to do business in the State of Florida and doing business in Leon County, Florida.

3.     At all times material hereto, the damaged property is located in Leon County, Florida.

4.     Prior to Hurricane Michael, Plaintiff sought and purchased homeowner's insurance from Defendant to cover the property located at 2801 N. Monroe Street, Tallahassee, FL 32303 (hereinafter "Insured Property"). Said policy of insurance, which is believed to be policy number MPC0601153, was issued by Defendant to Plaintiff to provide property insurance coverage for the Insured Property. *See **Exhibit A.***

5.      The Plaintiff has paid the premiums for the Contract prior to October 10, 2018.

6.      The Insured Property sustained direct physical damage as a result of Hurricane Michael.

7.      The Contract was in full force and effect as of October 10, 2018.

8.      Defendant received timely notice of the loss.

9.      Defendant assigned the loss reported by Plaintiff a claim number believed to be 00461933.

10.     Defendant and its agents requested and were given access and the opportunity to inspect the Insured Property and the reported damage arising from the loss.

11.     Defendant has failed to issue any payments for the damages to Plaintiff's property.

12.     This is an action relating to Defendant's breach of contract for its failure to properly pay the full amount of insurance proceeds owed to Plaintiff.

13.     Jurisdiction and venue of this matter are proper in the Circuit Court for Leon County, Florida.

## COUNT I – BREACH OF CONTRACT

14.     Plaintiff realleges and reincorporates paragraphs 1-14 as if fully stated herein, and further alleges as follows:

15.     During the above Contract period the insured property sustained direct physical damages as a result of Hurricane Michael.

16.     The Plaintiff provided timely notice of the loss above to the Defendant.

17.     The Plaintiff has complied with all obligations and conditions precedent to this lawsuit and which would entitle Plaintiff to recover benefits under the Contract, or such conditions have been waived.

18.     The Defendant has failed to provide complete coverage for the physical damages that occurred during the Contract period.

19.     This failure is contrary to the terms of the Contract and constitutes a breach of the Contract.

20.     The Plaintiff has been damaged by this breach in the form of unpaid insurance proceeds needed to restore the property to its pre-loss condition as a result of the Defendant refusing to pay the full amount owed under the Contract.

21.     As a direct and proximate result of Defendant's breach of contract, the Plaintiff has been required to retain the services of the undersigned attorneys to represent and protect the interests of the Plaintiff and the Plaintiff has become obligated to pay them a reasonable fee for their services in bringing this action.

22.     In the event that the Plaintiff prevails in this action, Plaintiff is entitled to an award of attorneys' fees and costs pursuant to section 627.428, 626.9373 and 57.041, Florida Statutes and/or other Florida Law.

WHEREFORE, the Plaintiff demands judgment against Defendant for damages, including but not limited to damages owed under the Contract, attorneys' fees and costs, and the Plaintiff demands trial by jury of all issues so triable.

## **<u>DEMAND FOR JURY TRIAL</u>**

The Plaintiff further demand a trial by jury of all issues so triable as a matter of right.

*Certificate of Service on the following page*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a certified copy of the foregoing has been served on

Defendant.

**KANNER & PINTALUGA, P.A.**
Attorneys for Plaintiffs
925 S. Federal Highway, Sixth Floor
Boca Raton, FL 33432
Phone: (561) 424-0032
Fax:    (561) 853-2188
**Court Phone Number: (1-888) 824-7834**
Email: aaltman@kpattorney.com
         salexandre@kpattorney.com
         FirstPartyEService@kpattorney.com

By: /s/ Alexis Altman          .
         MAX M. MESSINGER, ESQ.
         Florida Bar No.: 69988
         ALEXIS ALTMAN, ESQ.
         Florida Bar No.: 0105040



AmWINS Brokerage of Florida, Inc.
10201 Centurion Parkway North
Suite 500
Jacksonville, FL 32256

*amwins.com*

## POLICY PREMIUM AND SURPLUS LINES TAX SUMMARY

**Attached to and forming part of Policy Number: MPC0601153**

| | | | |
|---|---|---|---|
| **Named Insured:** | Hari Om Hari, Inc. DBA La Casa Inn & Suites | **Policy Number:** | MPC0601153 |
| **Coverage:** | Property | **Carrier:** | Mt. Hawley Insurance Company |
| **Agency:** | Brown Insurance Services | **Policy Period:** | 06/13/2018 - 06/13/2019 |

| | |
|---|---|
| **Policy Premium:** | **$16,532.00** |
| **Fees:** | **$185.00** |
| **Surplus Lines Taxes:** | **$856.57** |
| **Total:** | **$17,573.57** |

FEES:

| Fee | Taxable | Amount |
|---|---|---|
| **Florida** | | |
| Market Policy Fee | Yes | $150.00 |
| AmWINS Service Fee | Yes | $35.00 |
| | **Total** | **$185.00** |
| **Total Fees** | | **$185.00** |

SURPLUS LINES TAX CALCULATION:

| Description | Taxable Premium | Taxable Fee | Tax Basis | Rate | Tax |
|---|---|---|---|---|---|
| **Florida** | | | | | |
| Surplus Lines Tax | $16,532.00 | $185.00 | $16,717.00 | 5.00% | $835.85 |
| Stamping Fee | $16,532.00 | $185.00 | $16,717.00 | 0.10% | $16.72 |
| DEM EMP | | | | Flat | $4.00 |
| | | | | **Total** | **$856.57** |
| **Total Surplus Lines Taxes and Fees** | | | | | **$856.57** |

## SURPLUS LINES DISCLOSURE

### Florida

# SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.

This insurance is issued pursuant to the Florida Surplus Lines Law. Persons insured by surplus lines carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.

Surplus Lines Licensee:                    Producing Agent:

Name:  James Compton
Address:  302 Knights Run #1240
          Tampa, FL 33602
License No.:  A052540

Signature: _____

Name:  Richard Cheng
Address:  Brown Insurance Services
          1418 W 23rd Street
          Panama City, FL 32405



# NOTICE TO OUR BROKERS AND AGENTS
# OF OUR CLAIM NOTIFICATION PROCEDURE

As part of our continuing effort to provide you with the best service available, ALL CLAIMS, OCCURRENCES, INCIDENTS and LAWSUITS under this policy are to be reported immediately to:

**RLI Insurance Company**

**Email (preferred):  New.Claim@rlicorp.com**

**Fax:  (866) 692-6796**

**Phone:  (800) 444-0406**

**Street Address:  9025 N. Lindbergh Drive, Peoria, IL  61615**

**Mailing Address:  P.O. Box 3961, Peoria, IL 61612-3961**

When reporting the incident, be prepared to supply a report of claim or the following information:

**1.**  Policy Number
**2.**  Contact Person information (name, address, phone, etc.)
**3.**  Nature of incident
**4.**  Date of incident

When reporting multiple incidents, please send each loss notice separately.



# IMPORTANT NOTICE TO POLICYHOLDERS

## TERRORISM RISK INSURANCE ACT, AS AMENDED

Under the Terrorism Risk Insurance Act, as amended (the "**Act**"), we must make coverage for "**certified acts of terrorism**" available in the policies we offer. We notified you at the time of offer and purchase of the policy to which this Notice is attached that this coverage was available and we gave you the right to reject our offer of such terrorism coverage. If you elected to purchase the coverage, the premium charged for such coverage is shown on the Declarations page of the policy. If you elected to reject the coverage we have not charged your policy for terrorism coverage and have attached a terrorism exclusion to your policy.

PLEASE NOTE: <u>IF YOU REJECTED</u> THE OFFER OF FEDERAL TERRORISM INSURANCE COVERAGE, THAT REJECTION DOES NOT APPLY TO THE LIMITED EXTENT THAT RELEVANT STATE LAW REQUIRES COVERAGE FOR FIRE LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM UNDER THE ACT.

You should know that where coverage is provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States government under a formula established by federal law. Under this formula, the United States government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning January 1, 2018; 81% beginning January 1, 2019 and 80% beginning January 1, 2020 of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

You should also know that the Act contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

Specific coverage terms for terrorism, including limitations and exclusions, are more fully described in endorsements attached to the policy. Your policy may contain an exclusion for losses that are not eligible for federal reinsurance under the Act.

Definitions:

"**Certified act of terrorism**," as defined in Section 102(1) of the Act, means an act that is certified by the Secretary of the Treasury – in consultation with the Secretary of Homeland Security, and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Insured



**RLI Underwriting Services, Inc.**
Peoria, Illinois 61615

# NOTICE TO POLICYHOLDERS

## REGARDING THE UNITED STATES TREASURY DEPARTMENT – OFFICE OF FOREIGN ASSETS CONTROL (OFAC)

This Policyholder Notice does not provide coverage nor can it be construed to replace any provisions of your policy. Please read your policy carefully to determine your rights, duties, and what is and what is not covered by your policy. This Notice should only be used to provide information concerning the possible impact of your insurance coverage as it relates to directives issued by OFAC.

**PLEASE READ THIS NOTICE CAREFULLY.**

OFAC administers and enforces economic and trade sanctions and places restrictions on certain transactions. OFAC acts pursuant to Executive Orders of the President of the United States and specific legislation. OFAC has identified and named numerous foreign agents, front organizations, terrorists, terrorist organizations, and narcotics traffickers, among others, as "Specially Designated Nationals and Blocked Persons." The complete list can be found on the United States Treasury website – http://www.treas.gov/ofac.

Various trade or economic sanctions and other laws or regulations prohibit us from providing insurance in certain circumstances. In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance contract is considered a blocked or frozen contract and will be considered null and void. When an insurance policy is considered to be a blocked or frozen contract, all provisions of this insurance will be immediately subject to OFAC, and neither payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments may also apply.

Insured

# FIRE DECLARATION PAGE

**Mt. Hawley Insurance Company**    90%          **Renaissance Re Syndicate 1458 Lloyd's**  10%
Peoria, Illinois 61615, USA                        London, EC3M 7HA, United Kingdom

**Policy Number:**  MPC0601153                   **Unique Market Reference (UMR):** B087518R06F5001

**Named Insured and Mailing Address:**            **Agent/Broker and Mailing Address:**

Hari Om Hari, Inc.                                AmWINS Brokerage of FL LLC
dba: La Casa Inn & Suites                         10201 Centurion Pkwy N
2801 N Monroe St                                  Suite 500
Tallahassee, FL 32303                             Jacksonville, FL  32256

**Policy Period:**  From 06/13/2018   to 06/13/2019   at 12:01 A.M. Standard Time at your mailing address shown above.

**DESCRIPTION OF PREMISES**

Covered Locations Listed Below:

2801 N Monroe St, Tallahassee, FL  32303

---

**CAUSES OF LOSS:** Special excluding Earthquake and Flood

**Total coverage (limit) applicable Limit** $ 5,510,528

    Limitation applying to the following:

    Business Income (and Extra Expense)               Monthly Limit of Indemnity 1/3

    Extended Period of Indemnity
Refer to CPR 2162, Specified Limits Endorsement

**Per Occurrence Loss Limit**

At no time will we pay more than $5,510,528              for a loss due to a single occurrence or event.

**DEDUCTIBLE(S):**  Refer to CPR 2218, Declarations - Deductible Addendum

**FORMS MADE A PART OF THIS POLICY AT TIME OF ISSUE:**  See CPR 2150, Applicable Forms & Endorsements

**PCA Fees**                    $ 150

**Total Premium**               $ 16,532

**Amount Payable At Inception** $ 16,682

**Pro Rata Shares Applicable to this Combination Policy:**  Mt. Hawley Insurance Company will be responsible for
 _90%_  of all losses under this policy and Renaissance Re Syndicate 1458 Lloyd's will be responsible for  _10%_  of all
losses under this policy. Each of the Companies will be severally (but not jointly) liable solely for its own pro rata share.

Authorized Signature

Insured

Policy Number:  MPC0601153

# DECLARATIONS - SUB-LIMIT ADDENDUM

The total Limit of Liability as shown in the Declarations is subject to the following sub-limit(s). The sub-limit(s) shown is a limit or amount per occurrence, except for Earthquake and Flood where an annual aggregate applies. The sub-limit(s) shown are included in and do not increase the Limit of Liability shown in the Declarations. We will not, in any case, exceed this sub-limit(s) in one disaster, casualty or event, no matter how many locations are involved.

| Coverage Part or Item: | Sub-Limit |
|---|---|
| Demolition & Increased Cost of Construction (B&C) | $250,000 |
| Fire Department Service Charges | $5,000 |
| Property in Transit | $25,000 |
| Unnamed Locations | $25,000 |

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DECLARATIONS - DEDUCTIBLE ADDENDUM

The following deductible wording is in addition to all other deductible wording found elsewhere in this policy. All other deductible wording found in and made a part of this policy also applies. Each claim for loss or damage will be adjusted separately.

**PERIL DEDUCTIBLE(S)**

$5,000 Per Occurrence for All Covered Perils, except:
2.00% of the Total Insurable Values Per Building (including time element if applicable) at the time of loss or damage subject to a minimum of $25,000 Per Occurrence for Named Storm
$25,000 Per Occurrence for Windstorm or Hail

Total Insurable Values is defined as the full value of covered property, including time element if applicable, subject to the valuation terms and conditions of the policy. Total Insurable Values are calculated at the time of loss or damage.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

Policy Number: MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIFIED LIMITS ENDORSEMENT

| Prem./Loc. No. | Bldg. No. | Limit of Insurance | Type of Coverage | Coins. Percent | Val.* | Description & Location of Property Covered |
|---|---|---|---|---|---|---|
| 00001 | 001 | $3,398,055 | Building | 80% | RCV | Built: 1985, Fire Resistive<br>2801 N Monroe St<br>Tallahassee, FL  32303<br>Hotel |
| 00001 | 001 | $300,000 | Business Income (and Extra Expense) | N/A | ALS | Built: 1985, Fire Resistive<br>2801 N Monroe St<br>Tallahassee, FL  32303<br>Hotel |
| 00001 | 001 | $373,070 | Business Personal Property | 80% | RCV | Built: 1985, Fire Resistive<br>2801 N Monroe St<br>Tallahassee, FL  32303<br>Hotel |
| 00001 | 001 | $10,000 | Light Poles | N/A | RCV | Built: 1985, Fire Resistive<br>2801 N Monroe St<br>Tallahassee, FL  32303<br>Hotel |
| 00001 | 001 | $10,000 | Outside Signs | 80% | RCV | Built: 1985, Fire Resistive<br>2801 N Monroe St<br>Tallahassee, FL  32303<br>Hotel |
| 00001 | 002 | $1,157,100 | Building | 80% | RCV | Built: 1985, Fire Resistive<br>2801 N Monroe St<br>Tallahassee, FL  32303<br>Hotel |
| 00001 | 002 | $100,000 | Business Income (and Extra Expense) | N/A | ALS | Built: 1985, Fire Resistive<br>2801 N Monroe St<br>Tallahassee, FL  32303<br>Hotel |
| 00001 | 002 | $122,303 | Business Personal Property | 80% | RCV | Built: 1985, Fire Resistive<br>2801 N Monroe St<br>Tallahassee, FL  32303<br>Hotel |

\*   Valuation. Indicate:  ACV (Actual Cash Value), ALS (Actual Loss Sustained), RCV (Replacement Cost Value), SP (Selling Price) or SV (Stated Value).

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

Policy Number: MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIFIED LIMITS ENDORSEMENT

| Prem./Loc. No. | Bldg. No. | Limit of Insurance | Type of Coverage | Coins. Percent | Val.* | Description & Location of Property Covered |
|---|---|---|---|---|---|---|
| 00001 | 003 | $40,000 | Building | 80% | RCV | Built: 1985, Cast in Place<br>2801 N Monroe St<br>Tallahassee, FL  32303<br>Pool |

\*   Valuation. Indicate:  ACV (Actual Cash Value), ALS (Actual Loss Sustained), RCV (Replacement Cost Value),
    SP (Selling Price) or SV (Stated Value).

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# APPLICABLE FORMS & ENDORSEMENTS

FORMS AND ENDORSEMENTS LISTED BELOW APPLY TO AND ARE MADE PART OF THIS POLICY AT TIME OF ISSUE.

| | |
|---|---|
| CPR-2147(02/04) | Declarations - SubLimit Addendum |
| CPR-2218(11/04) | Declarations - Deductible Addendum |
| CPR-2162(01/02) | Specified Limits Endorsement |
| CP-0010(06/07) | Building and Personal Property Coverage Form |
| CP-0030(06/07) | Business Income (and Extra Expense) Coverage Form |
| CP-1030(06/07) | Causes Of Loss - Special Form |
| CP-0090(07/88) | Commercial Property Conditions |
| IL-0017(11/98) | Common Policy Conditions |
| CP-0415(10/00) | Debris Removal Additional Insurance |
| CP-0440(06/07) | Spoilage Coverage |
| CP-1430(10/00) | Outdoor Trees, Shrubs and Plants |
| CP-1440(06/07) | Outdoor Signs |
| CPR-2106(11/07) | Automatic Acquisition Endorsement |
| CPR-2152F(02/04) | Electronic Data Processing Endorsement |
| CPR-2161(11/13) | Ordinance or Law Coverage |
| CPR-2170(03/02) | Valuable Papers and Records |
| CPR-2177(03/02) | Accounts Receivable |
| CPR-2200(10/01) | Loss Payee/Additional Insured Endorsement |
| CPR-2207(03/02) | Mortgagee Endorsement |
| CPR-2216(09/02) | Fine Arts Endorsement |
| CPR-2224(03/03) | Sewer Back Up Endorsement |
| CPR-2254(07/04) | Extended Period of Indemnity Endorsement |
| CPR-2268(02/07) | Protective Safeguard Endorsement |
| CPR-2274(04/12) | Minimum Earned Premium Endorsement |
| CPR-2276(04/12) | Non-Payment Of Premium |
| CPR-2281(12/14) | Nuclear, Biological, Chemical, or Radioactive Exclusion |
| CPR-2282(02/15) | Exclusion Of Cosmetic Damage To Roof Surfacing |
| CPR-2284(04/15) | Fire Protection Equipment Recharge Endorsement |
| CPR-2285(04/15) | Increased Perimeter Of Coverage Endorsement |
| CP-0125(07/08) | Florida Changes |
| CP-1032(08/08) | Water Exclusion Endorsement |
| CPR-2117(08/15) | Definition of Occurrence |

# APPLICABLE FORMS & ENDORSEMENTS
## (cont'd)

| | |
|---|---|
| CPR-2133(10/01) | Absolute Pollution Exclusion Endorsement |
| CPR-2165(04/13) | Liberalization Clause Endorsement |
| CPR-2188(12/10) | Exclusion of Certain Computer Related Losses |
| CPR-2230(03/08) | Terrorism Exclusion |
| CPR-2237(08/03) | Additional Covered Property Endorsement |
| CPR-2252(07/04) | Property In Transit Endorsement |
| CPR-2261(09/04) | Fire Department Service Charge Endorsement |
| CPR-2263(11/04) | Unnamed Locations Extension |
| CPR-2269(06/09) | Asbestos Exclusion |
| CPR-2291(08/15) | Named Storm Definition |
| CPR-2295(02/16) | Windstorm or Hail Loss Reporting Limitation Addendum |
| LMA-3100(09/10) | Sanction Limitation And Exclusion Clause |
| LMA-5096(03/08) | Several Liability Clause |
| NMA-1998(04/86) | Service Of Suit Clause (U.S.A.) |
| RIL-099C(11/16) | Service of Suit Endorsement |

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

# BUILDING AND PERSONAL
# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H. Definitions**.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A. 1.**, and limited in **A. 2. Property Not Covered**, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building**, meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation Of Coverage form:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

 © ISO Properties, Inc., 2007

Insured

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c.** **Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2.** **Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

© ISO Properties, Inc., 2007

Insured

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the

deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4) (a)** and/or **(4) (b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**EXAMPLE #1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |

($10,000 is 20% of $50,000.)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the

loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**EXAMPLE #2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $     500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense: | $ 30,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b.   Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Required by local ordinance. No Deductible applies to this Additional Coverage.

**c.   Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d.   Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e.   Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e. (3)** through **e. (9)** of this Additional Coverage.

 © ISO Properties, Inc., 2007
Insured

**(3)** The ordinance or law referred to in **e. (2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

    **(a)** You were required to comply with before the loss, even when the building was undamaged; and

    **(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

    **(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

    **(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

    **(a)** We will not pay for the Increased Cost of Construction:

        **(i)** Until the property is actually repaired or replaced, at the same or another premises; and

        **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    **(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e. (6)** of this Additional Coverage, is the increased cost of construction at the same premises.

    **(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e. (6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e. (6)** of this Additional Coverage, is not subject to such limitation.

**f.** **Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

### D. Deductible

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**EXAMPLE #1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance – Building #1: | $ 60,000 |
| Limit of Insurance – Building #2: | $ 80,000 |
| Loss to Building #1: | $ 60,100 |
| Loss to Building #2: | $ 90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

```
 $60,100
–    250
 $59,850    Loss Payable – Building #1
```

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**EXAMPLE #2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | |
|---|---|
| Loss to Building #1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building #2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building #1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building #2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $140,000 |

### E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3.  Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claime.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4.  Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

© ISO Properties, Inc., 2007
Insured

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

  **(1)** We have reached agreement with you on the amount of loss; or

  **(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

  **a. Description Of Terms**

   **(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1) (a)** and **(1) (b)** below:

    **(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building

means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

    **(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

     **(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

     **(ii)** Used by the building owner to conduct customary operations.

   **(2)** Buildings under construction or renovation are not considered vacant.

  **b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

   **(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

    **(a)** Vandalism;

    **(b)** Sprinkler leakage, unless you have protected the system against freezing;

    **(c)** Building glass breakage;

    **(d)** Water damage;

    **(e)** Theft; or

    **(f)** Attempted theft.

   **(2)** With respect to Covered Causes of Loss other than those listed in **b. (1) (a)** through **b. (1) (f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

 © ISO Properties, Inc., 2007
Insured

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F.   Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1.   Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**EXAMPLE #1 (UNDERINSURANCE)**

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $100,000 |
| | The Deductible is: | $    250 |
| | The amount of loss is: | $ 40,000 |
| Step **(1)**: | $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements) | |
| Step **(2)**: | $100,000 ÷ $200,000 = .50 | |

© ISO Properties, Inc., 2007
Insured

**Step (3):**  $40,000 x .50 = $20,000

**Step (4):**  $20,000 – $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

## EXAMPLE #2 (ADEQUATE INSURANCE)

| When: | | |
|---|---|---|
| The value of the property is: | $250,000 |
| The Coinsurance percentage for it is: | 80% |
| The Limit of Insurance for it is: | $200,000 |
| The Deductible is: | $ 250 |
| The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

    **b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

## EXAMPLE #3

| When: | | |
|---|---|---|
| The value of the property is: | |
| Building at Location #1: | $ 75,000 |
| Building at Location #2: | $100,000 |
| Personal Property at Location #2: | $ 75,000 |
| | $250,000 |
| The Coinsurance percentage for it is: | 90% |
| The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: | $180,000 |
| The Deductible is: | $ 1,000 |
| The amount of loss is: | |
| Building at Location #2: | $ 30,000 |
| Personal Property at Location #2: | $ 20,000 |
| | $ 50,000 |

**Step (1):**  $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

**Step (2):**  $180,000 ÷ $225,000 = .80

**Step (3):**  $50,000 x .80 = $40,000

**Step (4):**  $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

    **2.  Mortgageholders**

    **a.** The term mortgageholder includes trustee.

    **b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

    **c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

    **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

    **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

    **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

    **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

    **e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

    **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

 © ISO Properties, Inc., 2007
Insured

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**EXAMPLE**

| If: | The applicable Limit of Insurance is: | $100,000 |
|---|---|---|
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

 © ISO Properties, Inc., 2007
Insured

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

 © ISO Properties, Inc., 2007
Insured

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.**, Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement

premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage – Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

 © ISO Properties, Inc., 2007
Insured

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 30 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 30 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage – Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage – Interruption Of Computer Operations includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage – Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage – Interruption of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage – Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**NEWLY ACQUIRED LOCATIONS**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

 © ISO Properties, Inc., 2007
Insured

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1. Alterations And New Buildings;

2. Civil Authority;

3. Extra Expense; or

4. Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Appraisal**

   If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

   The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

2. **Duties In The Event Of Loss**

   a. You must see that the following are done in the event of loss:

      (1) Notify the police if a law may have been broken.

      (2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

      (3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

      (4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

      (5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

      Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

      (6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

      (7) Cooperate with us in the investigation or settlement of the claim.

      (8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**D. Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

**a.** The Net Income (Net Profit or Loss before income taxes), and

**b.** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

Step **(1)**:   Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2)**:   Divide the Limit of Insurance for the described premises by the figure determined in Step **(1)**; and

Step **(3)**:   Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight – outgoing;

**(2)** Returns and allowances;

**(3)** Discounts;

**(4)** Bad debts;

**(5)** Collection expenses;

**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

**(7)** Cost of merchandise sold (including transportation charges);

**(8)** Cost of other supplies consumed (including transportation charges);

**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

**(11)** All ordinary payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**EXAMPLE #1 (UNDERINSURANCE)**

When:   The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been:   $400,000

The Coinsurance percentage is:   50%

The Limit of Insurance is:   $150,000

The amount of loss is:   $ 80,000

Step **(1)**:   $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**:   $150,000 ÷ $200,000 = .75

Step **(3)**:   $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**EXAMPLE #2 (ADEQUATE INSURANCE)**

When:   The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been:   $400,000

   © ISO Properties, Inc., 2007
Insured

The Coinsurance percentage is: 50%

The Limit of Insurance is: $200,000

The amount of loss is: $ 80,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

  **a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

  **b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

    **(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

    **(2)** The Limit of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

  **a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

  **b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

    **(1)** The Limit of Insurance, multiplied by

    **(2)** The fraction shown in the Declarations for this Optional Coverage.

**EXAMPLE**

When: The Limit of Insurance is: $120,000

The fraction shown in the Declarations for this Optional Coverage is: 1/4

The most we will pay for loss in each period of 30 consecutive days is: $ 30,000 ($120,000 x 1/4 = $30,000)

If, in this example, the actual amount of loss is:

Days 1–30: $ 40,000
Days 31–60: $ 20,000
Days 61–90: $ 30,000
$ 90,000

We will pay:
Days 1–30: $ 30,000
Days 31–60: $ 20,000
Days 61–90: $ 30,000
$ 80,000

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

  **a.** To activate this Optional Coverage:

    **(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

      **(a)** During the 12 months prior to the date of the Work Sheet; and

      **(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

    **(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

      **(a)** The Coinsurance percentage shown in the Declarations; multiplied by

      **(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

**b.** The Additional Condition, Coinsurance, is suspended until:

**(1)** 12 months after the effective date of this Optional Coverage; or

**(2)** The expiration date of this policy; whichever occurs first.

**c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

**(1)** Within 12 months of the effective date of this Optional Coverage; or

**(2)** When you request a change in your Business Income Limit of Insurance.

**d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

**(1)** The Business Income Limit of Insurance; divided by

**(2)** The Agreed Value.

**EXAMPLE**

When:   The Limit of Insurance is:        $100,000

        The Agreed Value is:            $200,000

        The amount of loss is:         $ 80,000

Step **(1)**:   $100,000 ÷ $200,000 = .50

Step **(2)**:   50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c.**, **Extended Business Income**, the number 30 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

**F. Definitions**

**1.** "Finished stock" means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

**2.** "Operations" means:

**a.** Your business activities occurring at the described premises; and

**b.** The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

**3.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

 © ISO Properties, Inc., 2007
Insured

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** "Rental Value" means Business Income that consists of:

    **a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

    **b.** Continuing normal operating expenses incurred in connection with that premises, including:

        **(1)** Payroll; and

        **(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** "Suspension" means:

    **a.** The slowdown or cessation of your business activities; or

    **b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

© ISO Properties, Inc., 2007
Insured

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.**, Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.**, Exclusions; or

**2.** Limited in Section **C.**, Limitations;

that follow.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **a. Ordinance Or Law**

    The enforcement of any ordinance or law:

    **(1)** Regulating the construction, use or repair of any property; or

    **(2)** Requiring the tearing down of any property, including the cost of removing its debris.

    This exclusion, Ordinance Or Law, applies whether the loss results from:

    **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

    **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

    **b. Earth Movement**

    **(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

 © ISO Properties, Inc., 2007

Insured

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

 © ISO Properties, Inc., 2007

Insured

**(2)** To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

   **(1)** Electrical or electronic wire, device, appliance, system or network; or

   **(2)** Device, appliance, system or network utilizing cellular or satellite technology.

   For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

   **(a)** Electrical current, including arcing;

   **(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

   **(c)** Pulse of electromagnetic energy; or

   **(d)** Electromagnetic waves or microwaves.

   But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** **(1)** Wear and tear;

   **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

   **(3)** Smog;

   **(4)** Settling, cracking, shrinking or expansion;

   **(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

   **(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

   **(7)** The following causes of loss to personal property:

      **(a)** Dampness or dryness of atmosphere;

      **(b)** Changes in or extremes of temperature; or

      **(c)** Marring or scratching.

   But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   **(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.**, does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.**, does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

© ISO Properties, Inc., 2007
Insured

of part or all of any property on or off the described premises.

**4.  Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a.  Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b.  Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.**, Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c.  Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.**, Ordinance Or Law;

**(b)** Paragraph **B.1.c.**, Governmental Action;

**(c)** Paragraph **B.1.d.**, Nuclear Hazard;

**(d)** Paragraph **B.1.e.**, Utility Services; and

**(e)** Paragraph **B.1.f.**, War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a)  Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

© ISO Properties, Inc., 2007
Insured

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

© ISO Properties, Inc., 2007
Insured

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.**, does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**.

**1.** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.**;

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

3. This **Additional Coverage – Collapse** does **not** apply to:

   a. A building or any part of a building that is in danger of falling down or caving in;

   b. A part of a building that is standing, even if it has separated from another part of the building; or

   c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

   b. Awnings, gutters and downspouts;

   c. Yard fixtures;

   d. Outdoor swimming pools;

   e. Fences;

   f. Piers, wharves and docks;

   g. Beach or diving platforms or appurtenances;

   h. Retaining walls; and

   i. Walks, roadways and other paved surfaces;

   if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

   (1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

   (2) The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

   a. The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

   b. The personal property which collapses is inside a building; and

   c. The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

   The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in **D.1.** through **D.7.**.

E. **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

   a. A "specified cause of loss" other than fire or lightning; or

   b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

   b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

© ISO Properties, Inc., 2007
Insured

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage – Collapse.

**6.** The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet

or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F.  Additional Coverage Extensions**

**1.  Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

© ISO Properties, Inc., 2007

Insured

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.**, does not increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

© ISO Properties, Inc., 2007

Insured

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

## I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance;

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you; or

    **c.** Your tenant.

This will not restrict your insurance.

Policy Number: MPC0601153

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

**1.** We have the right to:

    **a.** Make inspections and surveys at any time;

    **b.** Give you reports on the conditions we find; and

    **c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    **a.** Are safe or healthful; or

    **b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

 Copyright, Insurance Services Office, Inc., 1998
Insured

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Policy Number: MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEBRIS REMOVAL ADDITIONAL INSURANCE

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

**SCHEDULE\***

| Prem. No. | Bldg. No. | Debris Removal Amount | Additional Premium |
|---|---|---|---|
| All | All | $25,000 | Included |

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

The additional amount of $10,000 for debris removal in the **Debris Removal** Additional Coverages section is re-placed by the higher amount shown in the Schedule.

Copyright, Insurance Services Office, Inc., 1999

Insured

Policy Number: MPC0601155

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Prem. No. | Bldg. No. | Description Of Property | Limit Of Insurance | Deductible | Refrigeration Maintenance Agreement | Breakdown Or Contamination | Causes Of Loss: Power Outage | Selling Price |
|---|---|---|---|---|---|---|---|---|
| All | All | Food and Beverage | $25,000 $ $ $ $ | $See CPR2218 $ $ $ $ | | | X | |
| Information required to complete this Schedule, if not shown in this endorsement, will be shown in the Declarations. | | | | | | | | |

The Coverage Form to which this endorsement applies is extended to insure against direct physical loss or damage by the Covered Causes of Loss, but only with respect to coverage provided by this endorsement.

**A.** Paragraph **A.1.**, **Covered Property**, is replaced by the following:

    **1. Covered Property**

    Covered Property means "perishable stock" at the described premises owned by you or by others that is in your care, custody or control.

**B.** With respect to the coverage provided by this endorsement, property located on buildings or in the open or in vehicles is considered to be Property Not Covered.

**C.** Paragraph **A.3.**, **Covered Causes Of Loss**, is replaced by the following:

    **3. Covered Causes Of Loss**

    Covered Causes of Loss means the following only if indicated by an "X" in the Schedule:

        **a.** Breakdown or Contamination, meaning:

        **(1)** Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; and

        **(2)** Contamination by the refrigerant.

        **b.** Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

**D. Selling Price**

    If Selling Price is indicated by an "X" in the Schedule, the following is added to the **Valuation** Loss Condition:

    We will determine the value of finished "perishable stock" in the event of loss or damage at:

    **1.** The selling price, as if no loss or damage had occurred;

    **2.** Less discounts and expenses you otherwise would have had.

**E.** Paragraph **A.5.**, **Coverage Extensions**, does not apply.

**F.** Paragraph **B.**, **Exclusions**, is replaced by the following:

**B. Exclusions**

   **1.** Only the following Exclusions contained in Paragraph **B.1.** of the Causes of Loss Form applicable to this Coverage Part apply to Spoilage Coverage:

      **a.** Earth Movement;

      **b.** Governmental Action;

      **c.** Nuclear Hazard;

      **d.** War And Military Action; and

      **e.** Water.

   **2.** The following Exclusions are added:

     We will not pay for loss or damage caused by or resulting from:

      **a.** The disconnection of any refrigerating, cooling or humidity control system from the source of power.

      **b.** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

      **c.** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

        **(1)** Lack of fuel; or

        **(2)** Governmental order.

      **d.** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

      **e.** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

**G.** Paragraph **D.**, **Deductible**, is replaced by the following:

     We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Schedule of this endorsement. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance. No other deductible in this policy applies to the coverage provided by this endorsement.

**H.** Paragraph **F.**, **Additional Conditions**, is replaced by the following:

**ADDITIONAL CONDITION**

     The following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

**REFRIGERATION MAINTENANCE AGREEMENTS**

     If Breakdown or Contamination is designated as a Covered Cause of Loss and a refrigeration maintenance agreement is shown as applicable by an "X" in the Schedule, the following condition applies:

     You must maintain a refrigeration maintenance or service agreement. If you voluntarily terminate this agreement and do not notify us, the insurance provided by this endorsement will be automatically suspended at the involved location.

**I.** Paragraph **G.**, **Optional Coverages**, does not apply.

**J.** The following is added to the **Definitions**:

     "Perishable stock" means personal property:

      **a.** Maintained under controlled conditions for its preservation; and

      **b.** Susceptible to loss or damage if the controlled conditions change.

© ISO Properties, Inc., 2006

Insured

Policy Number: MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OUTDOOR TREES, SHRUBS AND PLANTS

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE***

| Prem. No. | Bldg. No. | Limit of Insurance | | | | Causes of Loss Form Applicable | Vehicle Exclusion | Additional Premium |
|---|---|---|---|---|---|---|---|---|
| | | Each Tree | Each Shrub | Each Plant | All Items | | | |
| All | All | $500 | $500 | $500 | $25,000 | | | Included |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to **Covered Property:**

Outdoor trees, shrubs and plants at locations described in the Schedule.

**B.** The following is deleted from **Property Not Covered:**

"Trees, shrubs or plants"

**C.** The most we will pay for loss or damage to covered trees, shrubs and plants in any one occurrence is the Limit of Insurance for All Items, subject to the separate limit applicable to Each Tree, Shrub or Plant, shown in the Schedule.

**D.** Outdoor trees, shrubs and plants are subject to all applicable provisions of the Causes Of Loss Form indicated in the Schedule, as well as to the following exclusions:

We will not pay for loss or damage to outdoor trees, shrubs or plants, caused by or resulting from any of the following:

**1.** Dampness or dryness of atmosphere;

**2.** Changes in or extremes of temperature; or

**3.** Rain, snow, ice or sleet.

**E.** If the Vehicle Exclusion option is designated in the Schedule by an "X," we will not pay for loss or damage caused by vehicles to outdoor trees, shrubs or plants.

CP 14 30 10 00          Copyright, Insurance Services Office, Inc., 1999          Page 1 of 1
Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OUTDOOR SIGNS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| **Premises Number:** | 00001 | | **Building Number:** | 001 |
|---|---|---|---|---|
| **Description Of Sign:** | | | | |
| **Construction Of Sign:** | ☐ **Entirely Metal** | | ☒ **Other** | |
| **Limit Of Insurance:** | $See CPR2162 | | | |
| **Coinsurance Percentage:** | 80    % | | | |
| **Additional Premium:** | $Included | | | |
| **Premises Number:** | | | **Building Number:** | |
| **Description Of Sign:** | | | | |
| **Construction Of Sign:** | ☐ **Entirely Metal** | | ☐ **Other** | |
| **Limit Of Insurance:** | $ | | | |
| **Coinsurance Percentage:** | % | | | |
| **Additional Premium:** | $ | | | |
| **Premises Number:** | | | **Building Number:** | |
| **Description Of Sign:** | | | | |
| **Construction Of Sign:** | ☐ **Entirely Metal** | | ☐ **Other** | |
| **Limit Of Insurance:** | $ | | | |
| **Coinsurance Percentage:** | % | | | |
| **Additional Premium:** | $ | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

With respect to the outdoor signs described in the Sched-ule, the provision in the Limits Of Insurance section which pertains to signs does not apply. The limit applicable to each sign is shown in the Schedule. The limit applicable to each sign is the most we will pay for loss or damage to the sign in any one occurrence.

    © ISO Properties, Inc., 2006
Insured

Policy Number: MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTOMATIC ACQUISITION ENDORSEMENT

**A.** We will pay for newly acquired property, not otherwise insured, which you acquire or become responsible for if you report the value(s) to us within 60 days from the date of acquisition.

**B.** We will not pay:

    **1.** More than the replacement cost of real property (if replacement cost is endorsed to this policy) or the actual cash value of personal property; and, in no event for more than $ 500,000 ;

    **2.** For any property you acquired or became responsible for if it is not reported to us within the 60 days of acquisition; or

    **3.** For any property you acquired or became responsible for before the inception of this policy.

    **4.** More than the Limits of Insurance of the policy to which this endorsement is attached.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

CPR 2106 (11/07)                                                                                                    Page 1 of 1

Insured

Policy Number: MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ELECTRONIC DATA PROCESSING ENDORSEMENT

## 1. LIMITS OF INSURANCE

Coverage is only provided under this endorsement for items **A.** through **D.** below when a dollar amount is shown beside the coverage part. We will not pay more than the Limits of Insurance specified below in respect to any one occurrence, and in no event will we pay more than the Limits of Insurance of the policy to which this endorsement is attached.

| | | |
|---|---|---|
| **A.** | **Hardware:** | $ 25,000 |
| **B.** | **Software:** | $ Included in above |
| **C.** | **Extra Expense:** | $ Included in above |
| **D.** | **Business Interruption:** | $ Included in above |

## 2. SPECIFIC HARDWARE OR SOFTWARE TO BE EXCLUDED

## 3. PROPERTY COVERED

We will pay for direct physical loss of or damage to covered property caused by a Covered Cause of Loss at the premises described in the Schedule. Covered property, as used in this endorsement, means the type of property described in this section if a Limit of Insurance is shown above for that type of property.

**A. Hardware**, meaning a network of electronic machine components including microprocessors (firmware) capable of accepting instructions and information, processing the information according to the instructions, and producing desired results; computer networks; and peripheral data processing equipment. Such equipment may be owned by you or leased, rented or under your control. Hardware does not include communication systems or protection and control systems.

**B. Software**, meaning electronic data processing, recording or storage software such as films, tapes, cards, discs, drums or cells, and data and programming records used for electronic data processing or electronically controlled equipment, stored on media.

**C. Extra Expense**

    **1.** We will pay the actual and necessary extra expenses you incur during the "period of restoration":

        **a.** To continue your "normal" electronic data processing operations that are interrupted due to direct physical loss or damage caused by a Covered Cause of Loss to covered property owned, leased, rented or under your control; while at the described premises;

        **b.** To repair, replace, or restore any covered hardware or software, but only to the extent that they reduce the loss otherwise payable under this coverage part.

    **2.** We will not pay under this Extra Expense coverage for:

        **a.** More than the actual loss sustained or the amount shown in item **1. LIMITS OF INSURANCE, C. Extra Expense**, whichever is less; or

        **b.** Loss of profits or earnings resulting from a decrease or reduction of business.

CPR 2152F (02/04)

Insured

**D. Business Interruption**

    **1.** We will pay for the actual loss of "business income" you incur due to the necessary suspension of your "operations" during the "period of restoration." The suspension must be caused by direct physical loss or damage as a result of a Covered Cause of Loss to covered property at the described premises, including personal property in the open (or in a vehicle) within 100 feet of the described premises.

    **2.** We will only pay for loss of "business income" that occurs within 12 consecutive months after the date of direct physical loss or damage.

**4. PROPERTY NOT COVERED**

    **A.** Accounts, bills, money, currency, notes, securities, or other evidences of debt, securities, valuable papers, records, abstracts, deeds, manuscripts, program documentation or other documents except those that are in software form, and then only in that form;

    **B.** Property rented or leased to others while away from your premises;

    **C.** Your stock in trade; and/or

    **D.** Any machinery or equipment, other than hardware, whether or not controlled by a data processing system.

**5. EXCLUSIONS**

    **A.** Actual work upon the property covered.

    **B.** Error or omission in machine programming or instructions to machine.

    **C.** Errors, omissions or deficiencies in design, specifications, materials or workmanship.

    **D.** Loss from processing operations.

**6. VALUATION**

    **A.** The value of covered property will be based on the actual cash value at the time of the loss (with a deduction for depreciation). We will not pay more than what it will cost to repair, rebuild or replace the property with other property of like kind and quality. We will also not pay more than the amount shown under item **1. LIMITS OF INSURANCE**.

    **B.** In determining the amount of loss when extra expense coverage is provided, the following also apply:

        **1.** The salvage value of any property bought for temporary use will be deducted from the amount of loss extra expense; and

        **2.** We will not pay for any increase in loss due to your failure to use reasonable efforts to resume all or part of your business. This includes making use of other locations and property to reduce the loss.

**7. RESUMPTION OF OPERATIONS**

As soon as practicable after any loss, you must resume complete or partial business "operations" of the covered property and, as much as practicable, reduce or dispense with the additional charges and expenses that are being incurred.

**8. DEFINITIONS**

**A.** "Normal" means the conditions that would have existed had no loss occurred.

**B.** "Business income" means:

    **1.** Net Income (net profit or loss before income taxes) that would have been earned or incurred; and

    **2.** Continuing "normal" operating expenses incurred, including payroll.

**C.** "Operations" means your business activities occurring at the described premises.

**D.** "Period of restoration" means the period of time that:

    **1.** Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

    **2.** Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality, or the date when business is resumed at a new permanent location.

    "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

        **(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

        **(b)** Requires any Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of pollutants.

    The expiration date of this policy will not cut short the "period of restoration."

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

Policy Number: MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW COVERAGE

| Coverage A, Loss To Undamaged Portion Of Building Limit Of Insurance | Coverage B, Demolition Cost Limit Of Insurance | Coverage C, Increased Cost Of Construction Limit Of Insurance |
|---|---|---|
| $Included | $See CPR2147 | $See CPR2147 |

These Limits Of Insurance do not increase the Per Occurrence Loss Limit, as stated in the Declarations, and apply to all locations unless specified below:

**A. Coverage**

Each Coverage – Coverage **A**, Coverage **B** and Coverage **C** – is provided under this endorsement only if that Coverage(s) is indicated by entry in the above limits section and then only with respect to the building(s) identified for that Coverage(s).

The Coverage(s) provided by this endorsement applies only if both **A.1.** and **A.2.** are satisfied and are then subject to the qualifications set forth in **A.3.**

1.  The ordinance or law:

    **a.** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

    **b.** Is in force at the time of loss.

    But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

2.  **a.** The building sustains direct physical damage that is covered under this policy and as a direct result of such covered damage, you are required to comply with the ordinance or law; or

    **b.** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and as a direct result of the building damage in its entirety, you are required to comply with the ordinance or law.

    **c.** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

3.  In the situation described in **A.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B**, and/or **C** of this endorsement. Instead, we will pay a proportion of such loss, meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

Insured

However, if the covered direct physical damage, alone, would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B** and/or **C** of this endorsement.

**B.**   We will not pay under Coverage **A**, **B** or **C** of this endorsement for:

   **1.**   Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

   **2.**   The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**C.**   Coverage **A – Coverage For Loss To The Undamaged Portion Of The Building**.

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss to the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building.

   Coverage **A** is included within the Limit Of Insurance applicable to the covered property shown in the Declarations. This is not additional insurance.

**D.**   Coverage **B – Demolition Cost Coverage**.

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

   Any coinsurance conditions do not apply to **Demolition Cost Coverage**.

**E.**   Coverage **C – Increased Cost Of Construction Coverage**.

With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

   **(1)**   Repair or reconstruct damaged portions of that building caused by a covered peril; and/or

   **(2)**   Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

   when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

   However:

   **(1)**   This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

   **(2)**   We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

   Any coinsurance Conditions do not apply to **Increased Cost of Construction**.

**F.**   **Loss Payment**

   **1.**   All following loss payment provisions, **F.2.** through **F.4.**, are subject to the apportionment procedures set forth in Section **A.3.** of this endorsement.

**2.** When there is a loss to an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

   **a.** If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

   **(1)** The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

   **(2)** The applicable Loss to Undamaged Portion of Building Limit of Insurance shown above; or

   **(3)** The Limit Of Insurance applicable to the covered building or structure; or

   **(4)** The values you provided to us for the specific property involved in the loss which were accepted by us prior to the loss.

   **b.** If the Replacement Cost Coverage Option applies and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the lesser of:

   **(1)** The actual cash value of the building at the time of loss; or

   **(2)** The Loss to Undamaged Portion of Building Limit of Insurance shown above; or

   **(3)** The Limit Of Insurance shown in the Declarations as applicable to the covered building; or

   **(4)** The values you provided to us for the specific property involved in the loss which were accepted by us prior to the loss.

**3.** We will not pay more under **Coverage B – Demolition Cost Coverage** than the lesser of the following:

   **a.** The amount you actually spend to demolish and clear the site of the described premises; or

   **b.** The applicable Demolition Cost Limit of Insurance shown in the Schedule above.

**4.** Under Coverage **C – Increased Cost of Construction Coverage**:

   **a.** We will not pay:

   **(1)** Until the property is actually repaired or replaced, at the same or another premises; and

   **(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   **b.** If the building or structure is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay is the lesser of:

   **(1)** The increased cost of construction at the same premises; or

   **(2)** The applicable Increased Cost of Construction Limit of Insurance shown in the Schedule above.

   **c.** If the ordinance or law at the time of loss requires relocation to another premises, the most we will pay is the lesser of:

   **(1)** The increased cost of construction at the new premises; or

Insured

**(2)** The applicable Increased Cost of Construction Limit of Insurance shown in the Schedule above; or

**(3)** Limit shown in the Declarations.

**G.** Under this endorsement we will not pay for loss due to any ordinance or law that you were required to comply with before the loss, even if the building was undamaged. Ordinance or law violations that exist independent of a covered cause of loss are not covered.

**H.** The terms of this endorsement apply per occurrence and are a part of, and not in addition to, the Per Occurrence Loss

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number:  MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# VALUABLE PAPERS AND RECORDS

We will pay for direct physical loss of or damage to "Valuable Papers and Records," as defined below and subject to the following provisions:

**1.   COVERED PROPERTY**

This extension of coverage applies to "Valuable Papers and Records" while on the "Premises" located at the following locations (except as provided for in paragraph **2.**) and is subject to the limit indicated below:

**A.**   All "Valuable Papers and Records" not specified in **B.** below:

| **LOCATION:** | **LIMIT OF LIABILITY:** |
|---|---|
| All | $ 25,000 |

**B.**   Specified Articles:

| **DESCRIPTION OF ARTICLES:** | **LIMIT OF LIABILITY:** |
|---|---|
| N/A | $ N/A |

**2.   DEFINITIONS**

"Valuable Papers and Records" means written, printed or inscribed documents, manuscripts or records, including books, maps, films, drawings, abstracts, deeds or mortgages. "Valuable Papers and Records" does not mean "money" or "securities," converted data, programs or instructions used in your data processing operations, including the materials on which the data is recorded.

"Premises" means the interior of that portion of the building at the location(s) designated above that you occupy for your business.

"Money" means currency, coins, bullion and bank notes whether or not in current use, as well as travelers checks, registered checks and money orders held for sale to the public.

"Securities" means all negotiable and non-negotiable instruments or contracts representing either money or other property and includes revenue and other stamps in current use, tokens and tickets. "Securities" also means evidences of debt issued in connection with credit or charge cards, which cards are not of your own issue. "Securities" does not include money.

**3.   EXCLUSIONS**

The following exclusions apply to coverage provided by this endorsement and are in addition to exclusions contained elsewhere in this policy:

**A.**   This endorsement does not insure against physical loss of or damage to:

**1.**   Property not specifically declared, described and valued in paragraph **1.B.** of this endorsement if such property cannot be replaced with other of like kind and quality or restored to usable conditions;

Insured

    **2.** Property held as samples or for sale or for delivery after sale; or

    **3.** Data processing equipment and media. Media means magnetic tapes, disk packs, diskettes, paper tapes, cards, and other material on which data is stored. It includes data stored on the media.

**B.** This endorsement does not insure against loss resulting from:

    **1.** Errors or omissions in processing or copying;

    **2.** Unauthorized instructions to transfer property to any person or to any place;

    **3.** Voluntary parting with any property by the insured or any associate, proprietor, partner, director, trustee, officer, employee or agent of any insured if induced to do so by any fraudulent scheme, trick, device or false pretense.

**4.  LIMIT OF INSURANCE**

We will not pay more than:

**A.** The amount scheduled under paragraph **1.B.** of this endorsement; or

**B.** The least of the following if not scheduled under paragraph **1.B.** of this endorsement:

    **1.** The cost to research (to the extent necessary) and replace the "Valuable Papers and Records"; or

    **2.** The cost to repair or restore the "Valuable Papers or Records"; or

    **3.** The applicable limit stated in this endorsement.

However, we will not, in any case, pay more than the Per Occurrence Loss Limit shown in the Declarations in one disaster, casualty, or event, no matter how many locations are involved.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number: MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ACCOUNTS RECEIVABLE

We will pay for direct physical loss of or damage to Accounts Receivable, as defined below and subject to the following provisions:

1. **COVERAGE**

   **A.** We will pay:

   1. All sums due from your customers that you are unable to collect thereof as the direct result of loss of or damage to records of accounts receivable;

   2. Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

   3. Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage;

   4. Other reasonable expenses that you incur to re-establish your records of accounts receivable;

   That result from direct physical loss of or damage to your records of accounts receivable.

   **B.** This extension of coverage applies to records of accounts receivable while on the "premises" at the following locations and is subject to Limit of Insurance indicated below:

   | LOCATION | LIMIT OF INSURANCE |
   |----------|--------------------|
   | All      | $ 25,000           |
   |          | $                  |

2. **PERILS NOT COVERED**

   We will not pay for loss or damage:

   **A.** Caused directly or indirectly by bookkeeping, accounting or billing errors or omissions;

   **B.** That requires any audit of records or an inventory computation to prove its factual existence;

   **C.** Due to alteration, falsification, manipulation, concealment, destruction or disposal of records of accounts receivable done to conceal the wrongful giving, taking, obtaining or withholding of money, securities or other property, but only to the extent to such wrongful giving, taking, obtaining or withholding;

   **D.** Unauthorized instructions to transfer property to any person or to any place;

   **E.** Due to an error or omission in programming; or

   **F.** Caused by providing improper data entry instructions.

3. **DEFINITION**

   "Premises" means the interior of that portion of the building at the location(s) designated above that you occupy for your business.

Insured

**4.  DETERMINATION OF RECEIVABLES**

**A.** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

**1.** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**2.** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**B.** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**1.** The amount of the accounts for which there is no loss or damage;

**2.** The amount of the accounts that you are able to re-establish or collect;

**3.** An amount to allow for probable bad debts that you are normally unable to collect; and

**4.** All unearned interest and service charges.

However, we will not, in any case, pay more than the Per Occurrence Loss Limit shown in the Declarations in one disaster, casualty, or event, no matter how many locations are involved.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYEE/ADDITIONAL INSURED ENDORSEMENT

Loss payee(s) and/or additional insured(s) are added as follows:

**LOSS PAYEE**

Capital City Bank
P.O. Box 900
Tallahassee, FL  32302-0000
#Location 00001-001

Ascentium Capital LLC
ISAOA
P.O. Box 979059
Miami, FL  33197-0000
#Loan #2168872

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MORTGAGEE ENDORSEMENT

The following Mortgage Holder(s) is added:

Capital City Bank
P.O. Box 900
Tallahassee, FL  32302-0000
#Location 00001-001

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

CPR 2207 (03/02)                                               Page 1 of 1

Insured

Policy Number: MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FINE ARTS ENDORSEMENT

**A.** Covered Property includes coverage for fine arts, meaning paintings, etchings, pictures, tapestries, rare or art glass, art glass windows, valuable rugs, statuary, sculptures, "antique" furniture, "antique" jewelry, bric-a-brac, porcelains, and similar property of rarity, historical value, or artistic merit.

**B.** The Limit of Insurance as shown in the Declarations is subject to a sub-limit of $ 25,000            . This sub-limit is a limit or amount per occurrence, and is included in and does not increase the Limit of Insurance shown in the Declarations. We will not, in any case, exceed this sub-limit in one disaster, casualty or event, no matter how many locations are involved.

**C.** "Antique" means an object having value because its craftsmanship is in the style or fashion of former times, and because it is 100 or more years old.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SEWER BACK UP ENDORSEMENT

The most we pay for loss caused by water that backs up through a sewer or drain is $25,000 per occurrence. This Limit of Insurance is a part of, and not in addition to, the Per Occurrence Loss Limit shown in the Declarations. $ See CPR2218 will be deducted from each loss.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

CPR 2224 (03/03)

Insured

Policy Number:  MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXTENDED PERIOD OF INDEMNITY ENDORSEMENT

When made a part of this policy, this endorsement changes the definition of Covered Property to include coverage for Extended Period of Indemnity and becomes a part of the Business Income endorsement(s) made a part of this policy.

If the necessary "suspension" of your "operations" produces a Business Income or "Rental Value" loss payable under this policy, we will pay for the actual loss of Business Income or "Rental Value" you incur during the period that:

**1.** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed or tenantability is restored; and

**2.** Ends on the earlier of:

    **(a)** The date you could restore your "operations" or tenant occupancy, with reasonable speed, to the level which would generate the business income or "Rental Value" amount that would have existed if no direct physical loss or damage had occurred; or

    **(b)** __90__ consecutive days after the date determined in **1.** above.

However, Extended Period of Indemnity does not apply to loss of Business Income or "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the covered peril in the area where the described premises are located.

Loss of Business Income or "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from a covered peril.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

Policy Number: MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARD ENDORSEMENT

As a condition of this insurance, it is understood and agreed that the protective devices or services set forth in the Schedule below will be maintained in complete working order.

**Schedule**

| Protective Device or Service | Location |
|---|---|
| P-2, SD-1 | All Bldgs. |

**"P-1" Automatic Sprinkler System**, including related supervisory services. Automatic Sprinkler System means any automatic fire protective or extinguishing system, including connected sprinklers and discharge nozzles, ducts, pipes, valves, fittings, tanks, pumps and private fire protection mains.

**"P-2" Automatic Fire Alarm**, protecting the entire building, that is connected to a central station, or reporting to a public or private fire alarm station.

**"P-3" Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building when the premises are not in actual operation.

**"P-4" Service Contract**, with a privately owned fire department providing fire protection service to the described premises.

**"BR-1" Automatic Burglary Alarm**, protecting the entire building, that signals to an outside central station or a police station.

**"BR-2" Automatic Burglary Alarm**, protecting the entire building, that has a loud sounding gong or siren on the outside of the building.

Insured

**"CC-1" Cooking Equipment Safeguard**, meaning a U.L. approved automatic extinguishing system protecting all cooking equipment, hoods and duct areas. In addition, you must:

A.  Maintain the extinguishing system and all associated equipment in complete working order, and give us immediate notice of any impairment or suspension of the automatic extinguishing system; and

B.  Maintain the services of an independent contractor for the express purpose of cleaning and degreasing, not less often than once every six (6) months, all hood and duct systems installed in conjunction with cooking units at the locations described. You must give us immediate notice of any impairment or suspension of such service.

**"P-9"** The protective system or service set forth in the above Schedule.

**"SP-1" Secured premises**, meaning all premises entryways (gates, doors and windows) are locked to prevent unauthorized entry.

**"SD-1"** Fully functional Smoke Detectors are properly located in all units.

**"UT-1"** Utilities are on to prevent freezing of any and all pipes and drains.

We will not pay for loss or damage if the protective safeguard or service listed in the above Schedule was not maintained in complete working order and such failure to maintain contributed directly or indirectly to the loss or damage or to the extent of such loss or damage.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ASBESTOS EXCLUSION

It is agreed that this policy does not insure against loss or damage arising from asbestos material, including but not limited to costs or expenses incurred by the Insured as a result of any of the following:

**(1)** asbestos material removal, containment, or other abatement;

**(2)** demolition or increased cost of construction, repair, debris removal, or loss of use necessitated by the enforcement of any law or ordinance regulating asbestos material; and/or

**(3)** any governmental direction or request declaring that such asbestos material present in or part of or utilized on any undamaged portion of the insured's property can no longer be used for the purpose for which it was intended or installed and must be removed or modified;

Nor does any coverage provided by this policy apply to payment for the investigation or defense of any loss, damage or any cost, loss of use expense, fine or penalty or for any expense or claim or suit related to any of the above.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number: MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following provision applies when a Coinsurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

**C.** The following is added:

If windstorm is a Covered Cause of Loss and loss or damage to Covered Property is caused by or results from windstorm, the following exclusion applies in:

**1.** Broward County;

**2.** Dade County;

**3.** Martin County;

**4.** Monroe County;

**5.** Palm Beach County; and

**6.** All the areas east of the west bank of the Intra-Coastal Waterway in the Counties of:

**a.** Indian River; and

**b.** St. Lucie.

**WINDSTORM EXTERIOR PAINT AND WATERPROOFING EXCLUSION**

We will not pay for loss or damage caused by windstorm to:

**1.** Paint; or

**2.** Waterproofing material;

applied to the exterior of Buildings unless the Building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event. But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or waterproofing material is excluded, we will not include the value of paint or waterproofing material to determine:

**a.** The amount of the Windstorm or Hail Deductible; or

**b.** The value of Covered Property when applying the Coinsurance Condition.

**D.** The **Loss Payment** Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage upon the earliest of the following:

**(1)** Within 20 days after we receive the sworn proof of loss and reach written agreement with you;

**(2)** Within 30 days after we receive the sworn proof of loss and:

**(a)** There is an entry of a final judgment; or

**(b)** There is a filing of an appraisal award with us; or

**(3)** Within 90 days of receiving notice of claim, unless we deny the claim during that time or factors beyond our control reasonably prevent such payment. If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

Paragraph **(3)** applies only to the following:

**(a)** A claim under a policy covering residential property;

**(b)** A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the policy covers only locations in Florida; or

© Insurance Services Office, Inc., 2008
Insured

**(c)** A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

**E. Sinkhole Collapse Coverage Removed**

Sinkhole Collapse coverage is removed as indicated in Paragraphs **E.1.** through **E.4.**; and coverage for Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph **F.**

1. In the Causes of Loss – Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement exclusion.

2. In the Causes of Loss – Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage – Collapse; and sinkhole collapse is no longer an exception to the Earth Movement exclusion.

3. In the Causes of Loss – Special Form, sinkhole collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement exclusion.

4. In the Mortgageholders Errors And Omissions Coverage Form, sinkhole collapse is deleted from the Covered Causes of Loss under Coverage **B** and from the "specified causes of loss", and is no longer an exception to the Earth Movement exclusion.

Further, this Coverage Part does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this policy.

**F.** The following is added to this Coverage Part as a Covered Cause Of Loss. In the Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage – Collapse.

**CATASTROPHIC GROUND COVER COLLAPSE**

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

**(a)** The abrupt collapse of the ground cover;

**(b)** A depression in the ground cover clearly visible to the naked eye;

**(c)** Structural damage to the building, including the foundation; and

**(d)** The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, structural damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The Earth Movement exclusion and the Collapse exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Coverage Part), only one Limit of Insurance will apply to such loss or damage.

**G.** The following applies to the **Additional Coverage – Civil Authority** under the Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form and Extra Expense Coverage Form:

1. The Additional Coverage – Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property. With respect to described premises located in Florida, such one-mile radius does not apply.

2. The Additional Coverage – Civil Authority is limited to a coverage period of up to four weeks. With respect to described premises located in Florida, such four week period is replaced by a three-week period.

3. Civil Authority coverage is subject to all other provisions of that Additional Coverage.

© Insurance Services Office, Inc., 2008
Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion in Paragraph **B.** replaces the **Water** Exclusion in this Coverage Part or Policy.

**B. Water**

    **1.** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

    **2.** Mudslide or mudflow;

    **3.** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

    **4.** Water under the ground surface pressing on, or flowing or seeping through:

        **a.** Foundations, walls, floors or paved surfaces;

        **b.** Basements, whether paved or not; or

        **c.** Doors, windows or other openings; or

    **5.** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.**, **3.** or **4.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **5.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **5.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

© Insurance Services Office, Inc., 2008
Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEFINITION OF OCCURRENCE

Occurrence means the total loss or damage caused by a distinct, single incidence of a peril or combination of perils insured against, except:

**A.** For a single atmospheric disturbance including tornado, cyclone, hurricane, windstorm, hail, tropical storm or cyclone, typhoon, hail and winter storm/freeze, an occurrence is limited to the total of all losses, damage, or expenses sustained or commencing during a continuous 144 hour period;

**B.** For riot, riot attending a strike and civil commotion an occurrence is limited to the total of all losses, damage or expenses sustained or commencing during a continuous 96 hour period.

In reference to items **A.** and **B.** above, you may decide when the applicable continuous number of hour period begins.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

Policy Number: MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABSOLUTE POLLUTION EXCLUSION ENDORSEMENT

This endorsement replaces any existing terms and/or exclusions regarding pollution liability within this policy.

We will not pay for loss, damage, cost or expense caused directly or indirectly by any of the following. Such loss, damage, cost or expense is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

**A.** Property damage arising out of the actual, alleged or threatened discharge, dispersal, release or escape of "pollutants," or contaminants;

    **1.** At or from premises owned, leased, rented or occupied by you,

    **2.** At or from any site or location used by or for you or others for the handling, storage, disposal, processing or treatment of waste,

    **3.** Which are at any time transported, handled, stored, treated, disposed of or processed as waste by or for you or any person or organization for whom you may be legally responsible, or,

    **4.** At or from any site or location on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations;

        **a.** If the "pollutants" are brought on or to the site or location in connection with such operations, or

        **b.** If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the "pollutants."

**B.** Any loss, damage, cost or expense arising out of any governmental direction or request that you test for, monitor, clean up, treat, remove, detoxify or neutralize "pollutants" or in any way respond to or assess the effects of "pollutants."

This includes loss or damage caused by or resulting from contributing to or made worse by actual, alleged or threatened release, discharge, escape or dispersal of contaminants and/or pollutants, all of which direct or indirect, proximate or remote, or in whole or in part, caused by, contributed to, or aggravated by any damage insured by the policy.

**"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. In addition to "pollutants" to be disposed of, waste also includes materials to be recycled, reconditioned or reclaimed. It also includes any material which after its release, dispersal or discharge, can cause or threaten damage to human health and/or human welfare, or causes or threatens damage, deteriorations, loss of value, marketability and/or loss of use, to insured property; including, but not limited to bacteria, fungi, virus, or hazardous substances as listed in the Federal Pollution Control Act, Clean Air Act, Resource Conservation and Recovery Act of 1976 and/or Toxic Substances Control Act or as designated by the U.S. Environmental Protection Agency.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIBERALIZATION CLAUSE ENDORSEMENT

It is understood and agreed that if form **CP 00 90** is attached and made a part of this policy, Paragraph **E. Liberalization** is deleted.

It is further understood and agreed that if form **CP 00 99** is attached and made a part of this policy, Paragraph **6. Liberalization** under Section **H. Additional Conditions** is deleted.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

Policy Number:  MPC0601133

# EXCLUSION OF CERTAIN COMPUTER RELATED LOSSES

## THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED. PLEASE READ IT CAREFULLY.

**A.**   We will not pay for loss or damage, whether direct or indirect, to "electronic data processing equipment":

    **1.**   Arising from "computer virus" and/or "computer hacking";

    **2.**   Caused by the transfer or delivery of covered property from a covered location or your computer to a person or place outside of a covered location on the basis of unauthorized or fraudulent instructions, including but not limited to instructions transmitted by a computer, whether or not owned by you, or via any telecommunications transmission method;

    **3.**   Arising from costs to research, replace or restore the information contained on electronic or magnetic media;

    **4.**   Arising from electrical disturbance including electrical or magnetic damage, disturbance of electronic recordings, or erasure of electronic recordings;

    **5.**   Arising from power supply disturbance including interruption of power supply, power surge, blackout, or brownout;

    **6.**   During the period when your business is interrupted as a result of loss to your web site operation whether or not maintained or operated by you and whether or not located at the described premises;

    **7.**   Arising from the failure, malfunction or inadequacy of:

        **a.**   Such "electronic data processing equipment" whether belonging to you or to others;

        **b.**   Any products, and any services, data or functions that directly or indirectly use or rely on, in any manner, such "electronic data processing equipment" due to the inability to correctly recognize, process, distinguish, interpret, or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000; and/or

    **8.**   Arising from any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in this endorsement.

    Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**B.**   However, if direct physical loss or damage from a covered peril results, then subject to all of its terms and conditions, we will only pay for the resulting direct physical loss or damage.

**C.**   Claims for resulting physical loss or damage at multiple locations will constitute a separate occurrence at each location.

**D.   DEFINITIONS**

    **1.**   "Computer virus" means the introduction into a computer of any self-replicating electronic data processing code or other code that is intended to:

        **a.**   Result in the deletion, destruction, generation, or modification of data;

Insured

**b.** Alter, contaminate, corrupt, degrade, or destroy the integrity, quality, or performance of data;

**c.** Damage, destroy, or cause malfunction, inadequacy, degradation, or corruption of any hardware or processing, recording, or storage media used with hardware; or

**d.** Deny access to or services from your computer, your computer network or web site.

**2.** "Computer hacking" means an unauthorized intrusion by an individual or group of individuals, whether employed by you or not, into a computer or computer network that can:

**a.** Result in the deletion, destruction, generation, or modification of data;

**b.** Alter, contaminate, corrupt, degrade, or destroy the integrity, quality, or performance of data;

**c.** Result in the scanning or copying of data;

**d.** Cause damage, destruction, inadequacy, malfunction, degradation, or corruption of any hardware or processing, recording, or storage media used with hardware; or

**e.** Result in the denial of access to or denial of services from your computer, your computer network, or web site.

**3.** "Electronic data processing equipment" includes the following items:

**a.** Computer hardware, including microprocessors;

**b.** Computer application software;

**c.** Computer operating systems and related software;

**d.** Computer networks;

**e.** Microprocessors (computer chips) not part of any computer system;

**f.** Any other computerized or electronic equipment or components; or

**g.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in items **a.** through **f.** above. This includes any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential problems with items listed in **a.** through **f.** above.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TERRORISM EXCLUSION

**1.** We will not pay for loss, damage, cost or expense caused directly or indirectly by "terrorism" including "certified acts of terrorism," as defined in the Terrorism Risk Insurance Act, as amended, unless specifically provided by endorsement to this policy or any action taken to control, prevent, or suppress terrorism. Such loss, damage, cost or expense is excluded regardless of any other cause or event that contributes concurrently or in any sequence to this loss.

**2.** The following definition is added and applies under this endorsement wherever the term "terrorism" is used.

"Terrorism" means activities against persons, organizations or property of any nature:

   **A.** That involve the following or preparation for the following:

      **1.** Use or threat of force or violence; or

      **2.** Commission or threat of a dangerous act; or

      **3.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **B.** When one or both of the following applies:

      **1.** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      **2.** It appears that the intent is to intimidate or coerce a government, or to further polictical, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**3.** Fire Exception

The following provision applies only where relevant state law requires coverage for fire losses resulting from acts of terrorism, and where a premium for such has been paid.

If an act of terrorism results in fire, we will pay for the loss or damage caused by that fire. This exception for fire applies only to direct loss or damage by fire to covered property. This exception does not apply to coverage for business income, extra expense, or fire legal liability.

**4.** Neither the terms of this endorsement nor the terms of any other terrorism endorsement attached to this policy provide coverage for any loss that would otherwise be excluded by this policy under:

   **A.** Exclusions that address war, military action, or nuclear hazard; or

   **B.** Any other exclusion.

**5.** The absence of any other terrorism endorsement does not imply coverage for any loss that would otherwise be excluded by this policy under:

   **A.** Exclusions that address war, military action, or nuclear hazard; or

   **B.** Any other exclusion.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number:   MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL COVERED PROPERTY ENDORSEMENT

This policy is changed to include the following even though the item(s) listed may be excluded elsewhere in this policy:

 Light Poles

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number:  MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY IN TRANSIT ENDORSEMENT

**A.  COVERED PROPERTY**

We will pay for direct physical loss caused by a Covered Cause of Loss to Covered Property described in the Declarations while in due course of "transit" including loading and unloading.

   **1.**  If property described in the Declarations includes property of others, we only cover property of others to the extent of your legal liability for direct physical loss caused by a covered peril.

   **2.**  We only cover loading and unloading if the described property is loaded from or unloaded onto a sidewalk, street, loading dock, or similar area that is adjacent to the indicated mode of transportation.

**B.  PROPERTY NOT COVERED**

   **1.**  Objects of art, antiques, or fur garments.

   **2.**  Property of others that you are responsible for as a carrier for hire or an arranger of transportation. This includes carloader, consolidator, broker, freight forwarder, or shipping association.

   **3.**  Contraband or property in the course of illegal transportation or trade.

   **4.**  Exported or imported property that is covered under any ocean marine cargo policy that anyone has obtained to cover exports or imports or while on an ocean or air conveyance.

   **5.**  Jewelry, precious or semi-precious stones, gold, silver, platinum, or other precious metals or alloys.

   **6.**  Property for which you are contractually liable under a lease agreement with any transportation carrier.

   **7.**  Animals including cattle or poultry unless death is caused or made necessary by a Covered Cause of Loss.

   **8.**  Mail shipments in the custody of the U.S. Postal Service.

   **9.**  Accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, money, notes, or securities.

   **10.**  Samples while in the custody of a sales representative.

   **11.**  Property held in storage.

**C.  LIMIT OF INSURANCE**

We will not, in any case, pay more than the Per Occurrence Loss Limit shown in the Declarations in one disaster, casualty, or event, no matter how many locations and/or modes of transportation are involved.

**D.  VALUATION**

   **1.**  The value of covered property is based on the following:

   **a.**  The value of covered property is based on the invoice amount plus accrued costs, pre-paid charges, and charges since shipment.

Insured

    **b.**  In the absence of an invoice the value of covered property will be based on the actual cash value at the time of loss (with a deduction for depreciation).

**2.**  The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

**3.**  The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

**E.  ADDITIONAL CONDITION**

You may accept bills of lading or shipping receipts issued by carriers for hire that limit their liability to less than the actual cash value of the covered property.

**F.  DEFINITION**

"Transit" means the shipment of covered property by you and the shipment:

**1.**  Begins at the point of transport where you accept property into your care, custody, or control for the transportation of the property to a specific destination;

**2.**  Includes the ordinary, reasonable, and necessary stops, interruptions, delays, or transfers incidental to the route and method of shipment, including rest periods taken by the driver(s); and

**3.**  Ends upon acceptance of the goods by or on behalf of the consignee at the specified destination.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

Policy Number:    MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FIRE DEPARTMENT SERVICE CHARGES ENDORSEMENT

When made a part of this policy, this endorsement replaces any Fire Department Service Charge wording that may appear elsewhere in this policy.

**A.** When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay your fire department service charges that are:

  **1.** Assumed by contract or agreement prior to loss; or

  **2.** Required by local ordinance.

**B.** The most we will pay for this coverage under this endorsement in any one loss is the amount specifically stated in the Declarations. This Limit of Insurance is part of, and not in addition to, the Per Occurrence Loss Limit shown in the Declarations.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

CPR 2261 (09/04)                                                                                                          Page 1 of 1

Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNNAMED LOCATIONS EXTENSION

This policy is extended to cover direct physical loss or damage to your Covered Property from a Covered Cause of Loss when that Covered Property is at a location(s) other than described in this policy.

The most we will pay for coverage under this endorsement in any one loss is the amount specifically stated for Unnamed Locations in the Declarations. This Limit of Insurance is part of, and not in addition to, the Per Occurrence Loss Limit shown in the Declarations.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINIMUM EARNED PREMIUM ENDORSEMENT

This endorsement changes Cancellation conditions elsewhere in the policy as follows:

If you cancel this policy, the earned premium will be calculated as follows:

**(1)** If the abbreviated term provides coverage for less than 50 days during the period June 1 through November 1, the premium earned for the policy term will be calculated as per the policy Cancellation terms but subject to a minimum earned premium of 35% of the annual policy premium or $5,786, whichever is greater.

**(2)** If the abbreviated term provides coverage for 50 or more days during the period June 1 through November 1, the premium earned for the policy term will be calculated as per the policy Cancellation terms but subject to a minimum earned premium of 100% of the annual policy premium or $16,532, whichever is greater.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NON-PAYMENT OF PREMIUM

Your failure to make a timely payment of any premium due either at inception of this policy or for any subsequent endorsement will be considered a request by you to us to cancel the policy.

If we cancel for non-payment of premium, the minimum earned premium, as determined by the Minimum Earned Premium Endorsement included in this policy, will be immediately due and payable.

At our discretion, we may consider reinstating coverage if you pay us the full amount of premium due prior to the effective date of cancellation.

However, payment of overdue premium by you will not guarantee the reinstatement of coverage. Should we decide not to reinstate coverage, any unearned premium will be refunded accordingly.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

Case 4:20-cv-00398-MW-MAF   Document 1-3   Filed 08/07/20   Page 103 of 147

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR, BIOLOGICAL, CHEMICAL OR RADIOACTIVE EXCLUSION

We will not pay for loss, damage, cost, or expense directly or indirectly from:

**1)**  The use or threatened use of nuclear, biological, chemical, radioactive substances or the like, however caused.

**2)**  The accidental discharge of nuclear, biological, chemical, radioactive substances or the like, however caused.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Policy Number: MPC0601153

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COSMETIC DAMAGE TO ROOF SURFACING

**A.** The following applies with respect to loss or damage by wind and/or hail to any building and/or structure covered under this policy unless otherwise indicated below:

We will not pay for cosmetic damage to roof surfacing caused by wind and/or hail.

For the purpose of this endorsement:

**1.** Cosmetic damage means that the wind and/or hail caused marring, pitting or other superficial damage that altered the appearance of the roof surfacing, but such damage does not prevent the roof from continuing to function as a barrier to entrance of the elements to the same extent as it did before the cosmetic damage occurred.

**2.** Roof surfacing refers to the shingles, tiles, cladding, metal or synthetic sheeting or similar materials covering the roof and includes all materials used in securing the roof surface and all materials applied to or under the roof surface for moisture protection, as well as roof flashing.

Exceptions to the above are as follows:

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

CPR 2282 (02/15)                                                                                                    Page 1 of 1

Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FIRE PROTECTION EQUIPMENT RECHARGE ENDORSEMENT

We will pay up to $5,000 for expenses incurred to recharge fire suppression systems or extinguishers when such systems or extinguishers are discharged to fight a hostile fire on the covered premises or if discharged due to another covered cause of loss. No deductible applies to this coverage.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INCREASED PERIMETER OF COVERAGE ENDORSEMENT

The Building and Personal Coverage Form, CP-0010, is amended to increase the distance referenced in Section A, item 1, Covered Property, Your Business Personal Property, as well as the Personal Property of Others item, from 100 feet to 1,000 feet.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NAMED STORM DEFINITION

The following definition is added to this policy:

"Named storm" means a weather-related event involving wind that has been assigned a formal name by the National Hurricane Center, National Weather Service, World Meteorological Organization or Central Pacific Hurricane Center. The term "named storm" includes any organized weather system with a defined surface circulation that has maximum sustained wind speeds of at least 39 miles per hour including tropical storms, hurricanes, tropical cyclones, typhoons and all resultant atmospheric disturbance and weather phenomena. Under the terms of this definition, a "named storm" begins at the time a warning is issued for the area in which the affected property is located and ends 24 hours after the termination of the last watch or warning issued for that area by one of the above referenced entities.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL LOSS REPORTING LIMITATION ADDENDUM

Regardless of anything to the contrary in the policy to which this endorsement is attached, the following limitations apply in reference to reporting of claims under this policy:

**1.**  With respect to loss or damage caused by windstorm or hail, including any named storm, any claim must be filed with us not later than one year after the date of the loss or damage that is the subject of the claim, except that a claim may be filed after the first anniversary of the date of the loss or damage for good cause shown by the person filing the claim; and

**2.**  Any legal action brought against us under the policy for loss or damage caused by windstorm or hail must be brought within the earlier of the following:

    **a.**  Two years and one day from the date we accept or reject the claim; or

    **b.**  Three years and one day from the date of the loss or damage that is the subject of the claim.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured

Case 4:20-cv-00398-MW-MAF   Document 1-3   Filed 08/07/20   Page 109 of 147

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SANCTION LIMITATION AND EXCLUSION CLAUSE

No (re)insurer shall be deemed to provide cover and no (re)insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that (re)insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SEVERAL LIABILITY CLAUSE

PLEASE READ CAREFULLY – This affects your Insurers' participation in your policy.

The liability of an insurer under this contract is several and not joint with other insurers party to this contract. An insurer is liable only for the proportion of liability it has underwritten. An insurer is not jointly liable for the proportion of liability underwritten by any other insurer. Nor is an insurer otherwise responsible for any liability of any other insurer that may underwrite this contract.

The proportion of liability under this contract underwritten by an insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown in this contract.

In the case of a Lloyd's syndicate, each member of the syndicate (rather than the syndicate itself) is an insurer. Each member has underwritten a proportion of the total shown for the syndicate (that total itself being the total of the proportions underwritten by all the members of the syndicate taken together). The liability of each member of the syndicate is several and not joint with other members. A member is liable only for that member's proportion. A member is not jointly liable for any other member's proportion. Nor is any member otherwise responsible for any liability of any other insurer that may underwrite this contract. The business address of each member is Lloyd's, One Lime Street, London EC3M 7HA. The identity of each member of a Lloyd's syndicate and their respective proportion may be obtained by writing to Market Services, Lloyd's, at the above address.

Although reference is made at various points in this clause to "this contract" in the singular, where the circumstances so require this should be read as a reference to contracts in the plural.

Insured

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT CLAUSE (U.S.A.)

It is agreed that in the event of the failure of the Underwriters hereon to pay any amount claimed to be due hereunder, the Underwriters hereon, at the request of the Insured (or Reinsured), will submit to the jurisdiction of a Court of competent jurisdiction within the United States. Nothing in this Clause constitutes or should be understood to constitute a waiver of Underwriters' rights to commence an action in any Court of competent jurisdiction in the United States, to remove an action to a United States District Court, or to seek a transfer of a case to another Court as permitted by the laws of the United States or of any State in the United States.

It is further agreed that service of process in such suit may be made upon

> Messrs, Mendes & Mount
> 750 Seventh Avenue
> New York, New York 10019-6829
> USA

and that in any suit instituted against any one of them upon this contract, Underwriters will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The above-named are authorized and directed to accept service of process on behalf of Underwriters in any such suit and/or upon the request of the Insured (or Reinsured) to give a written undertaking to the Insured (or Reinsured) that they will enter a general appearance upon Underwriters' behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefor, Underwriters hereon hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured (or Reinsured) or any beneficiary hereunder arising out of this contract of insurance (or reinsurance), and hereby designate the above-named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

Insured

**RLI Underwriting Services, Inc.**

Peoria, Illinois 61615

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT ENDORSEMENT

It is understood and agreed that in the event of the failure of the Company to pay any amount claimed to be due here-under, the Company, at the request of the Named Insured, will submit to the jurisdiction of a court of competent jurisdiction within the United States of America. The foregoing shall not constitute a waiver of the right of the Company to remove, remand or transfer such suit to any other court of competent jurisdiction in accordance with the applicable statutes of the state or United States pertinent hereto. In any suit instituted against them upon this contract, the Company will abide by the final decision of such court or of any appellate court in the event of an appeal.

It is further agreed that service of process in such suit may be made upon the Superintendent, Commissioner, or Director of Insurance or other person specified for that purpose in the statute or his successor or successors in office as their true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by or on behalf of the Named Insured or any beneficiary hereunder arising out of this contract of insurance.

The Company hereby designates Craig W. Kliethermes, President,

**RLI Underwriting Services, Inc.**

9025 N. Lindbergh Drive, Peoria, Illinois 61615 as the person to whom the said Superintendent, Commissioner, or Director of Insurance is authorized to mail such process or a true copy thereof, in compliance with the applicable statutes governing said service of process in the state or jurisdiction in which a cause of action under this contract of insurance arises.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Insured



**RLI Underwriting Services, Inc.**
Peoria, Illinois 61615

# ATTENTION POLICYHOLDER:

## <u>KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS</u>

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false, incomplete, or misleading information, or conceals information concerning any material fact thereto, commits a fraudulent insurance act, which is a crime punishable by incarceration, and shall also be subject to civil penalties.

Case 4:20-cv-00398-MW-MAF Document 1-3 Filed 08/07/20 Page 114 of 147

IN THE CIRCUIT COURT OF THE 2nd
JUDICIAL CIRCUIT IN AND FOR
LEON COUNTY, FLORIDA

HARI OM HARI, INC. DBA LA CASA
INN & SUITES,

CASE NO.:

    Plaintiff,

v.

MT HAWLEY INSURANCE COMPANY,

    Defendant.

_____/

**PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANT**

COMES NOW, Plaintiff, HARI OM HARI, INC. DBA LA CASA INN & SUITES, through the undersigned counsel, and hereby files its First Requests for Production to Defendant, MT HAWLEY INSURANCE COMPANY:

1.    A certified copy of the subject insurance policy, including any and all endorsements, addendums, attachments and enclosures.

2.    Any and all applications for any and all insurance with the Defendant, including the subject insurance policy, including any photographs taken in the underwriting policy.

3.    The complete underwriting file for the subject insurance policy.

4.    Any and all checks, drafts, documents, items, notices, pamphlets, questionnaires, surveys, and/or instruments evidencing payment to the Plaintiff and/or the Plaintiff's representatives for the subject claim. (note this includes, but it not limited to, any correspondences, letters, reports, and/or estimates enclosed or attached with payment).

5.    Any and all recorded statements, whether by a named insured, additional insured, or behalf of the insured for the subject claim.

6.      Any and all recorded statements Defendant relied upon in making a coverage determination for the subject claim.

7.      Any and all recorded statements of the Plaintiff taken over the past 3 years.

8.      Any reports discussing any damages and/or the lack of damages to the subject property.

9.      Any and all notes and/or reports reflecting any statements of the Plaintiff and/or the Plaintiff's representatives in reference to the subject claim.

10.     Any and all notes and/or reports reflecting any statements of the Plaintiff and/or the Plaintiff's representatives that Defendant relied upon and/or considered in making a coverage decision for the subject claim.

11.     Any and all examinations under oaths taken for the subject claim.

12.     Any and all statements contemplated by Fla. Stat.§ 92.33, whether by Plaintiff, additional insured, or on behalf of the Plaintiff.

13.     Any and all photographs of the subject property taken prior to the subject loss date.

14.     Any and all photographs of the subject property taken after the subject loss date.

15.     Any and all photographs taken in reference to the subject claim.

16.     Any and all photographs that Defendant and/or its representatives relied upon and/or considered in making a coverage determination for the subject claim.

17.     Any and all photographs taken on behalf of the Defendant and/or its representatives for any subsequent insurance claims.

18.     Any and all reports taken on behalf of the Defendant and/or its representatives for any subsequent insurance claims.

19.     Any and all video taken for the subject claim by Defendant and/or its representatives.

20.     Any and all correspondences, emails, text messages and/or communications sent by the Defendant in reference to the subject claim.

21.     Any and all correspondences, emails, text messages and/or communications sent by the Defendant in reference to the subject insurance policy.

22.     Any and all correspondences, emails, text messages and/or communications received by the Defendant in reference to the subject claim.

23.     Any and all correspondences, emails, text messages and/or communications received by the Defendant in reference to the subject insurance policy.

24.     Any estimates prepared by Defendant and/or on Defendant's behalf for the subject claim.

25.     Any estimates prepared by Defendant and/or on Defendant's behalf for any subsequent insurance claims.

26.     Any estimates Defendant received in reference to the subject claim.

27.     Any and all communications between Defendant and any individual who inspected the subject property on Defendant's behalf.

28.     Any and all reports prepared by any individual who inspected the subject property on Defendant's behalf.

29.     Any and all invoices for any individual who inspected the subject property on Defendant's behalf.

30.     Any requests for a sworn proof of loss for the subject claim.

31.     Any requests for an examination under oath for the subject claim.

32.     Any requests for compliance with any post loss obligation under the subject policy in reference to the subject claim.

33.     Any documents communicating a coverage decision to the Plaintiff for the subject claim.

34.     Any receipts and/or invoices for repairs in reference to the subject claim.

35.     Documents relating to the initial inspection and/or appraisal for the original inception of the subject insurance policy, including any reports such as a "four point" inspection.

36.     Any reservation of rights letter(s) sent by the Defendant and/or on Defendant's behalf in reference to the subject claim.

37.     Any documentation evidencing the credentials and/or licensing information for any individual who inspected the subject property in reference to the subject claim.

38.     Any documentation evidencing the credentials and/or licensing information for any individual on behalf of the Defendant who communicated with the Plaintiff and/or to an individual on the Plaintiff's behalf for the subject claim.

39.     Any estimate that Defendant and/or a representative of Defendant has prepared for the subject property for the past 5 years.

40.     Any estimate that Defendant and/or a representative of Defendant has prepared for the subject property for the past 3 years.

41.     Any and all communications and/or contracts Defendant received on behalf of the Plaintiff for the subject claim.

42.     Any estimates, contracts and/or proposals Defendant received from Plaintiff and/or on Plaintiff's behalf for the subject claim.

43.     Any requests for appraisal submitted by anyone for the subject claim.

44.     If Defendant claims the claimed damages were pre-existing, any documents that support this assertion.

45.     If Defendant claims the claimed damages were long term, any documents that support this assertion.

46.     If Defendant claims the claimed damages were due to wear and tear, any documents that support this assertion.

47.     Any documents reflecting Defendant invoking its option to repair under the policy.

48.     Any documents that support the affirmative defenses asserted by Defendant.

49.     Any and all documents relating to any alleged material misrepresentation(s) regarding the subject claim.

50.     Any and all documents relating to any alleged failure to cooperate of the Plaintiff regarding the subject claim.

51.     Any and all documents the Defendant relied upon and/or considered in making a coverage decision for the subject claim.

52.     Any reports from any person retained by the Defendant to evaluate the damages at the subject property for the subject claim.

53.     Any documents in reference to any prior insurance claim(s) that Defendant is relying upon in adjusting the subject insurance claim.

54.     Any documents in reference to any prior insurance claim(s) made by the Plaintiff for the last 10 years.

55.     Any documents in reference to any prior insurance claim(s) made by the Plaintiff for the last 5 years.

56.     Any evidence of the subject insurance policy being provided to Plaintiff from the time of the reporting of the subject insurance claim until the time of the filing of this action.

57.     Any evidence of the subject property showing that permits are not necessary in order to complete the repairs.

58.     Any documentation showing Defendant accepted and retained the deductible payment made by Plaintiff.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant.

> **KANNER & PINTALUGA, P.A.**
> Attorneys for Plaintiffs
> 925 S. Federal Highway, Sixth Floor
> Boca Raton, FL 33432
> Phone: (561) 424-0032
> Fax:    (561) 853-2188
> **Court Phone Number: (1-888) 824-7834**
> Email: aaltman@kpattorney.com
>        salexandre@kpattorney.com
>        FirstPartyEService@kpattorney.com
>
> By: /s/ Alexis Altman          .
>        MAX M. MESSINGER, ESQ.
>        Florida Bar No.: 69988
>        ALEXIS ALTMAN, ESQ.
>        Florida Bar No.: 0105040

IN THE CIRCUIT COURT OF THE 2nd
JUDICIAL CIRCUIT IN AND FOR
LEON COUNTY, FLORIDA

HARI OM HARI, INC. DBA LA CASA
INN & SUITES,                                          CASE NO.:

     Plaintiff,

v.

MT HAWLEY INSURANCE COMPANY,

     Defendant.

_____/

### PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT

COMES NOW, Plaintiff, HARI OM HARI, INC. DBA LA CASA INN & SUITES, through the undersigned counsel, and hereby files its First Request for Admissions to Defendant, MT HAWLEY INSURANCE COMPANY:

1.    Please admit Defendant found that under insurance policy number MPC0601153, Plaintiff's claim, assigned claim number 00461933, was determined to be caused by a covered cause of loss.

2.    Please admit Defendant found that insurance policy number MPC0601153 did not provide coverage for any portion Plaintiff's claim, assigned claim number 00461933.

3.    Please admit Defendant has not issued payment for claim number 00461933 to the Plaintiff prior to the initiation of this lawsuit.

4.    Please admit that any payment issued by Defendant to Plaintiff under claim number 00461933 prior to the initiation of this action did not include any amount for overhead and profit.

Page **1** of 4

5.      Please admit Defendant's pre-suit estimate under insurance policy MPC0601153 for claim number 00461933 was insufficient to provide the actual cash value of the repairs needed to return the insured property to its pre-loss condition.

6.      Please admit the adjuster whose services Defendant employed to inspect the insured property relating to claim number 00461933 did not have a Florida adjuster's license at the time of the inspection.

7.      Please admit Defendant does not know the credentials of any adjuster who inspected the insured property for claim number 00461933.

8.      Please admit Defendant did not have a licensed contractor inspect Plaintiff's property for claim number 00461933 prior to the initiation of this lawsuit.

9.      Please admit Defendant did not have a Florida-licensed General Contractor inspect Plaintiff's property for claim number 00461933 prior to the initiation of this lawsuit.

10.     Please admit Defendant did not have a Florida-licensed roofer examine Plaintiff's property for claim number 00461933 prior to the initiation of this lawsuit.

11.     Please admit the individual who prepared the repair estimate/report Defendant relied upon for its coverage and/or payment determinations in claim number 00461933 lacks the licenses required by Florida Statutes to perform the construction and repair services said individual included in his/her estimate.

12.     Please admit that the repair estimate/report Defendant relied upon for its coverage and/or payment determinations in claim number 00461933 includes the unmodified prices provided by the Xactimate software price lists.

13.     Please admit Defendant did not request an examination under oath of Plaintiff for claim number 00461933 prior to the initiation of this action.

14.     Please admit Defendant did not request a sworn proof of loss for claim number 00461933 prior to the initiation of this action.

15.     Please admit Defendant did not offer to make any repairs at the subject property under claim number 00461933 prior to the initiation of this action.

16.     Please admit Defendant did not request a recorded statement of Plaintiff for claim number 00461933.

17.     Please admit that it will be necessary to acquire building permits in order to complete the repairs outlined by the Defendant's adjuster's repair estimate for the subject property under claim number 00461933.

18.     Please admit Defendant invoked its option to repair under the contract.

19.     Please admit Defendant voluntarily accepted and retained the full deductible payment made by Plaintiff, and thereafter refused to restore the subject property back to its pre-loss condition.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant.

> **KANNER & PINTALUGA, P.A.**
> Attorneys for Plaintiffs
> 925 S. Federal Highway, Sixth Floor
> Boca Raton, FL 33432
> Phone: (561) 424-0032
> Fax:    (561) 853-2188
> **Court Phone Number: (1-888) 824-7834**
> Email: aaltman@kpattorney.com
>         salexandre@kpattorney.com
>         FirstPartyEService@kpattorney.com
>
> By: /s/ Alexis Altman           .
>         MAX M. MESSINGER, ESQ.
>         Florida Bar No.: 69988

ALEXIS ALTMAN, ESQ.
Florida Bar No.: 0105040

Case 4:20-cv-00398-MW-MAF   Document 1-3   Filed 08/07/20   Page 124 of 147

IN THE CIRCUIT COURT OF THE 2nd
JUDICIAL CIRCUIT IN AND FOR
LEON COUNTY, FLORIDA

HARI OM HARI, INC. DBA LA CASA
INN & SUITES,                                          CASE NO.:

      Plaintiff,

v.

MT HAWLEY INSURANCE COMPANY,

      Defendant.

_____/

### PLAINTIFF'S NOTICE OF SERVICE OF FIRST INTERROGATORIES TO DEFENDANT

COMES NOW, Plaintiff, HARI OM HARI, INC. DBA LA CASA INN & SUITES, through the undersigned counsel, and hereby files its First Set of Interrogatories to Defendant, MT HAWLEY INSURANCE COMPANY, to be answered in writing and under oath within forty-five (45) days after service hereof as provided by Florida Rule of Civil Procedure 1.340.

***[Certificate of Service on Following Page]***

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant.

**KANNER & PINTALUGA, P.A.**
Attorneys for Plaintiffs
925 S. Federal Highway, Sixth Floor
Boca Raton, FL 33432
Phone: (561) 424-0032
Fax:    (561) 853-2188
**<u>Court Phone Number: (1-888) 824-7834</u>**
Email: <u>aaltman@kpattorney.com</u>
          <u>salexandre@kpattorney.com</u>
          <u>FirstPartyEService@kpattorney.com</u>

By: <u>/s/ Alexis Altman</u>          .
          MAX M. MESSINGER, ESQ.
          Florida Bar No.: 69988
          ALEXIS ALTMAN, ESQ.
          Florida Bar No.: 0105040

**PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT**

1.  What is your name, address, and, if you are answering for someone else, your official position or relationship with the party to whom the interrogatories are directed?

    Answer:

2.  Describe any and all policies of insurance which you contend cover or may cover the allegations set forth in Plaintiff's complaint, detailing as to such policies the name of the insurer, the number of the policy, the available limits of liability, and the name and address of the custodian of the policy.

    Answer:

3.  Please state if you contend the loss as alleged in the complaint is not covered under the subject insurance policy as referenced in the complaint. If so, please state the specific language in the insurance policy that you are relying upon as well as the facts to support this policy language.

    Answer:

4.  Please state with specificity any conditions precedent or subsequent to the Plaintiff's claims that you contend have not been fulfilled by the Plaintiff, if any exist.

    Answer:

5.  Please state if any payments have been made for the claim as referenced in the complaint to and/or on the behalf of the Plaintiff. If any payments have been made, please state the date of the payments, who the payments were made to and the basis for the payments.

    Answer:

6.  State separately the facts upon which you rely on for each affirmative defense in your Answer to the Plaintiff's Complaint.

    Answer:

7.  List the names, addresses and telephone numbers of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit, and specify the subject matter about which the witness has knowledge.

    Answer:

8.  Please state the amount of covered damages Defendant estimated for the subject insurance claim prior to the initiation of this action. If no number was estimated, please state the basis for such.

    Answer:

9.  Please provide a list of the names and current addresses of any and all individuals employed by or agents of the Defendant who were in any way involved with the handling of Plaintiff's claim, including those individuals who inspected, photographed or otherwise visited the subject property for any purpose after the subject date of loss but prior to the institution of this litigation. Please also provide a short statement of the persons knowledge and involvement.

    Answer:

10. Please state any and all dates Defendant provided the subject insurance policy to Plaintiff and/or Plaintiff's representative. State how the policy was provided and who the policy was provided.

    Answer:

11. For any and all policy defenses which you reasonably believe are available with regards to the claim made by the Plaintiff herein: Describe in detail the factual and legal basis for any such defenses and give complete names, residence addresses, business addresses, and telephone numbers of each person believed or known by you, your agents or attorneys, to have knowledge of the facts which would provide the basis for any such defense.

    Answer:

12. For each denied or withheld payment for the subject claim listed above, state in detail the legal ground and the factual basis upon which the claim was denied, the exact wording of any policy provisions, or the exact wording of any statutory language or case law upon which you base your denial or withholding of payment.

    Answer:

13. Please state the name of any individual who inspected Plaintiff's property for the subject claim number, the date(s) of the inspection(s), the qualification(s) of the individual(s), the opinions reported back to the Defendant, the amount of times the Defendant has hired these individual(s) in the past 3 years and the amount of money the Defendant has paid these individuals and/or these individuals companies in the last 3 years.

    Answer:

14. Please state if any permits are necessary in order to complete the repairs the Defendant estimated for the subject claim number. If Defendant claims permits are not necessary, please state the basis for this opinion.

    Answer:

15. State the name and address of every person known to you, your agents, or your attorneys who has knowledge about or possession, custody, or control of any estimate of damage, model, plat, map, drawing, motion picture, video tape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

    Answer:

16. Please state if any person who inspected the subject property for the insurance claim as referenced in the complaint prepared any sort of report. If so, please state the date the report was prepared, who prepared the report, the conclusions of the report, if you are claiming the report is not discoverable, the basis for claiming the report is not discoverable and if you relied upon the report in making a coverage determination for the subject insurance claim.

Answer:

17. Please state how the amount of recoverable depreciation was calculated for the subject claim. If any formulas, calculations and/or documents were relied upon, please specifically state what these were and who is in possession of them so that they can be requested in discovery.

    Answer:

18. Please state the date that you received notice of this claim, who reported the claim and what specifically was reported.

    Answer:

19. If you claim you were unable to pay Plaintiff's claim because you had insufficient information or the notice of claim did not have sufficient support, state: When you first realized that you had insufficient information, each and every effort made by you to obtain the needed information, when you informed the Plaintiff of the need for further information and when you gave up trying to obtain the needed information.

    Answer:

20. Please state if the subject insurance policy was provided to the Plaintiff and/or the Plaintiff's representatives anytime during the time period of the subject claim being reported until the filing of this action. If the subject insurance policy was not provided during this time period please state the basis for not providing the subject insurance policy.

    Answer:

21. Please state if Plaintiff and/or Plaintiff's representatives requested the subject insurance policy prior to the initiation of this action. If so, please state the date Defendant received this request and the date Defendant complied with the request for the subject insurance policy

    Answer:

22. Please state if overhead and profit was paid for the subject claim and the amount. If it was paid, please state how it was calculated and the basis for payment. If it was not paid, please state the basis for not paying it and cite to the provision in the insurance policy that overhead and profit would not be owed for the subject claim.

    Answer:

## Jurat Page

Dated _____, 2020.          _____
                                         Signature of Agent for Defendant

**STATE OF** _____

**COUNTY OF** _____


     **BEFORE ME**, the undersigned authority, personally appeared the Agent for Defendant _____, who is personally known to me or who produced _____ as identification, and who deposed and stated that the information contained in the foregoing Answers to Interrogatories is true and correct, to the best of his/her knowledge and belief.

     **SWORN AND SUBSCRIBED** before me in the aforesaid County and State this _____ day of _____, 2020.


                                         _____
                                         Notary Public
                                         Commission No. _____

                                         _____
                                         (Name of Notary typed, printed or stamped)
                                         My commission expires: _____

IN THE CIRCUIT COURT OF THE 2nd
JUDICIAL CIRCUIT IN AND FOR
LEON COUNTY, FLORIDA

HARI OM HARI, INC. DBA LA CASA
INN & SUITES,

CASE NO.:

     Plaintiff,

v.

MT HAWLEY INSURANCE COMPANY,

     Defendant.

_____/

## PLAINTIFF'S NOTICE OF TAKING VIDEO DEPOSITION DUCES TECUM OF DEFENDANT'S DESIGNATED CORPORATE REPRESENTATIVE PURSUANT TO RULE 1.310(b)(6)

PLEASE TAKE NOTICE that Plaintiff, HARI OM HARI, INC. DBA LA CASA INN &

SUITES, through the undersigned counsel will take the deposition, by oral examination of the

following person pursuant to Fla.R.Civ.P. 1.310(b)(6) as indicated below or at such other

location, time, and date as is mutually agreed upon by counsel or ordered by the Court, before an

associate or deputy court reporter who is not of counsel to the parties or interested in the events

of this cause.

| NAME | DATE/TIME | PLACE |
|---|---|---|
| Corporate representative designated by the Defendant to testify as to the topics listed in Schedule A of this notice. The persons so designated must testify about matters known or reasonably available to the Defendant. *Fla. R. Civ. P.* 1.310(b)(6). | To be provided by Defendant within 30 days of receipt of the summons. If no date is provided a date will be selected by the Plaintiff. | **KANNER & PINTALUGA, P.A.** 925 S. Federal Highway, Sixth Floor Boca Raton, FL 33432 |

The deponent is directed to produce for inspection and/or copying the documents listed in

schedule B of this notice 10 days prior to the scheduled deposition. This is in an effort to

expedite the deposition in order to allow Plaintiff to review the documents prior to the

deposition. If the documents are not provided prior to the deposition the Defendant is put on notice that Plaintiff will reserve the necessary time prior to the deposition in order to review the documents. Plaintiff will reimburse deponent for all reasonable costs associated with producing the requested documents as allowed by the Florida Rules of Civil Procedure. If any documents are being claimed as privileged, Defendant must file a privilege log prior to the deposition with enough time for the Court to rule upon said objections prior to the deposition.

The deposition is being taken for the purpose of discovery, use at trial and/or for such other purposes as permitted under the Florida Rules of Civil Procedure.

The deposition will be videotaped and the name and address of the operator will be provided after Defendant provides the date and location of the deposition as referenced above.

***Documents responsive to Schedule B of this notice over which Defendant has claimed a privilege need not be produced to Plaintiff, but must be brought to the deposition should the need arise to refresh the witness' recollection as to questions regarding non-privileged matters.  Plaintiff stipulate that the witness' use of such documents to refresh recollection will not waive any privilege Defendant has claimed over such documents, nor entitle Plaintiff to review or receive production of such documents at the deposition, and Plaintiff retain the right to challenge any claims of privilege prior to or after the deposition.***

*[Certificate of Service on Following Page]*

Page **2** of **6**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a certified copy of the foregoing has been served on

Defendant.

> **KANNER & PINTALUGA, P.A.**
> Attorneys for Plaintiffs
> 925 S. Federal Highway, Sixth Floor
> Boca Raton, FL 33432
> Phone: (561) 424-0032
> Fax:     (561) 853-2188
> **Court Phone Number: (1-888) 824-7834**
> Email: aaltman@kpattorney.com
>          salexandre@kpattorney.com
>          FirstPartyEService@kpattorney.com
>
> By: /s/ Alexis Altman            .
>          MAX M. MESSINGER, ESQ.
>          Florida Bar No.: 69988
>          ALEXIS ALTMAN, ESQ.
>          Florida Bar No.: 0105040

**<u>SCHEDULE "A"</u>**

1.      The Corporate Representative who can identify by full name and company title all persons who participated in the handling of Plaintiff's insurance claim that is the subject of this action.

2.      The Corporate Representative who can testify as to the complete investigation of Plaintiff's insurance claim that is the subject of this action.

3.      The Corporate Representative who can testify as to any payments that were made to the Plaintiff and/or on their behalf in reference to the insurance claim that is the subject of this action.

4.      The Corporate Representative who can testify as to the valuation of the insurance claim that is the subject of this action.

5.      The Corporate Representative who can testify as to the affirmative defenses asserted by Defendant in this action.

6.      The Corporate Representative who can testify as to Defendant's responses to written discovery in this action.

7.      The Corporate Representative who can testify as to the insurance policy that is the subject of this action.

8.      The Corporate Representative who can testify as to the date the Defendant anticipated litigation as to the insurance claim that is the subject of this claim.

9.      The credentials of any individual who inspected the Plaintiff's property in reference to the insurance claim that is the subject of this claim.

10.     The credentials of any individual who Defendant retained to make repairs at the Plaintiff's property for the subject claim.

## SCHEDULE "B"

1.      All documents the deponent reviewed in preparation of this deposition.

2.      All documents the deponent will rely upon in responding to the topics listed in Schedule "A" during the deposition.

3.      The privilege log for any documents Defendant is claiming a privilege as to for the deposition.

4.      The entire claim file for Plaintiff's insurance claim that is the subject of this action.

5.      Any documents associated with the calculation of Plaintiff's insurance claim that is the subject of this action.

6.      The credentials of any person who inspected and/or handled the insurance claim that is the subject of this claim.

7.      The credentials of any person who Defendant retained to make repairs at the subject property for the subject claim.

8.      Any reports prepared for the insurance claim that is the subject of this action.

9.      Any invoices for services performed in reference to the insurance claim that is the subject of this action.

10.     Any documents reflecting payments of any amounts in reference to the insurance that is the subject of this action.

11.     Any documents as to the directives and/or parameters for any inspections conducted on behalf of the Defendant for Plaintiff's insurance claim that is the subject of this action.

12.     Any communications (including emails and/or text messages) that are anyway associated with Plaintiff's insurance claim that is the subject of this action.

13.     The insurance policy that is the subject of this action.

14.     The underwriting file for the insurance policy that is the subject of this action.

15.     Any documents that Defendant is relying upon in defense to this action.

IN THE CIRCUIT COURT OF THE 2nd
JUDICIAL CIRCUIT IN AND FOR
LEON COUNTY, FLORIDA

HARI OM HARI, INC. DBA LA CASA
INN & SUITES,                                           CASE NO.:

     Plaintiff,

v.

MT HAWLEY INSURANCE COMPANY,

     Defendant.

_____/

**PLAINTIFF'S NOTICE OF TAKING VIDEO DEPOSITION DUCES TECUM OF**
**CARLOS CAGADOS**

     PLEASE TAKE NOTICE that Plaintiff, HARI OM HARI, INC. DBA LA CASA INN &

SUITES, through the undersigned counsel will take the deposition, by oral examination of the

following person pursuant to Fla.R.Civ.P. 1.310(b)(1) as indicated below or at such other

location, time, and date as is mutually agreed upon by counsel or ordered by the Court, before an

associate or deputy court reporter who is not of counsel to the parties or interested in the events

of this cause.

| Name | Date/Time | Place |
|---|---|---|
| **CARLOS CAGADOS** | To be provided by Defendant within 30 days of receipt of the summons. If no date is provided a date will be selected by the Plaintiff. | The city to be provided by Defendant within 30 days of receipt of the summons and Plaintiff will select a Court Reporter's office in that city. If no city is provided the location will be selected by the Plaintiff. |

     The deponent is directed to produce for inspection and/or copying the documents listed in

schedule A of this notice 10 days prior to the scheduled deposition. This is in an effort to

expedite the deposition in order to allow Plaintiff to review the documents prior to the

deposition. If the documents are not provided prior to the deposition the Defendant is put on notice that Plaintiff will reserve the necessary time prior to the deposition in order to review the documents. Plaintiff will reimburse deponent for all reasonable costs associated with producing the requested documents as allowed by the Florida Rules of Civil Procedure. If any documents are being claimed as privileged, Defendant must file a privilege log prior to the deposition with enough time for the Court to rule upon said objections prior to the deposition.

The deposition is being taken for the purpose of discovery, use at trial and/or for such other purposes as permitted under the Florida Rules of Civil Procedure.

The deposition will be videotaped, and the name and address of the operator will be provided after Defendant provides the date and location of the deposition as referenced above.

***Documents responsive to Schedule A of this notice over which Defendant has claimed a privilege need not be produced to Plaintiff but must be brought to the deposition should the need arise to refresh the witness' recollection as to questions regarding non-privileged matters. Plaintiff stipulate that the witness' use of such documents to refresh recollection will not waive any privilege Defendant has claimed over such documents, nor entitle Plaintiff to review or receive production of such documents at the deposition, and Plaintiff retain the right to challenge any claims of privilege prior to or after the deposition.***

*[Certificate of Service on Following Page]*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a certified copy of the foregoing has been served on

Defendant.

> **KANNER & PINTALUGA, P.A.**
> Attorneys for Plaintiffs
> 925 S. Federal Highway, Sixth Floor
> Boca Raton, FL 33432
> Phone: (561) 424-0032
> Fax:    (561) 853-2188
> **Court Phone Number: (1-888) 824-7834**
> Email: aaltman@kpattorney.com
>            salexandre@kpattorney.com
>            FirstPartyEService@kpattorney.com
>
> By: /s/ Alexis Altman          .
>            MAX M. MESSINGER, ESQ.
>            Florida Bar No.: 69988
>            ALEXIS ALTMAN, ESQ.
>            Florida Bar No.: 0105040

## SCHEDULE "A"

1.      All documents the deponent reviewed in preparation of this deposition.

2.      Any communications such as email, letters, faxes, text messages, etc. between the deponent and the Plaintiff and/or Plaintiff's representatives for the subject insurance claim.

3.      Any communications such as email, letters, faxes, text messages, etc. prepared and/or sent by the deponent in reference to the subject claim.

4.      Any reports prepared and/or reviewed by the deponent for the subject claim.

# SERVICE OF PROCESS PACKING SLIP

**PLEASE VERIFY THAT YOU HAVE RECEIVED A PACKET FOR EACH CASE LISTED FOR THIS PACKAGE. IF YOU HAVE QUESTIONS OR MISSING PACKETS, PLEASE CALL (850) 413-4200**

**1 Packet(s) provided by ELECTRONIC DELIVERY for:**

JEFFREY D. FICK
9025 N. LINDBERGH DRIVE
IL, PEORIA 61615

| Received | Served | DFS-SOP # | Case # | Plaintiff | County | Court |
|---|---|---|---|---|---|---|
| | | | *MT HAWLEY INSURANCE COMPANY* | | | |
| RAD  07/17/2020 | 07/20/2020 | 20-000198570 | 2020 CA 001306 | HARI OM HARI INC | LEON | CIRCUIT COURT |

Filing # 110273533 E-Filed 07/15/2020 12:28:53 PM

Unique Code : CAA-FAD-BCAHD-BAJBHDJE-ICHBF-I Page 1 of 1

IN THE CIRCUIT COURT OF THE 2nd JUDICIAL CIRCUIT IN AND FOR LEON COUNTY, FLORIDA

HARI OM HARI, INC. DBA LA CASA INN & SUITES,

CASE NO.: 2020 CA 001306

    Plaintiff,

v.

MT HAWLEY INSURANCE COMPANY,

    Defendant.

_____/

### PLAINTIFF'S NOTICE OF DESIGNATION OF EMAIL ADDRESS

COMES NOW, the undersigned counsel for the Plaintiff, HARI OM HARI, INC. DBA LA CASA INN & SUITES, and files this Notice of Designation of Primary Email Address for service of pleadings in compliance with Florida Rule of Judicial Administration 2.516. Primary email address shall be:

FirstPartyEService@kpattorney.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant.

**KANNER & PINTALUGA, P.A.**
Attorneys for Plaintiff
925 S. Federal Highway, Sixth Floor
Boca Raton, FL 33432
Phone: (561) 424-0032
Fax:   (561) 853-2188
**Court Phone Number: (1-888) 824-7834**
Email: aaltman@kpattorney.com
      salexandre@kpattorney.com
      FirstPartyEService@kpattorney.com

By: /s/ Alexis Altman _____.
    ALEXIS ALTMAN, ESQ.
    Florida Bar No.: 0105040

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF AN OFFICIAL RECORD OR DOCUMENT AUTHORIZED BY LAW TO BE RECORDED OR FILED AND ACTUALLY RECORDED OR FILED IN THE OFFICE OF THE LEON COUNTY CLERK OF THE CIRCUIT COURT & COMPTROLLER. THIS DOCUMENT MAY HAVE REDACTIONS AS REQUIRED BY LAW.

VISIT HTTPS://CVWEB.CLERK.LEON.FL.US/PUBLIC/INDEX.HTML TO VALIDATE THIS DOCUMENT



Digitally signed by The Honorable Gwen Marshall
Date: 2020.07.29 19:44:43 -04:00
Leon County Clerk of the Circuit Court and Comptroller
Location: 301 S. Monroe Street, #100, Tallahassee,



**LEON COUNTY Receipt of Transaction**
**Receipt #     1519720**

GWEN MARSHALL
Clerk of Court and Comptroller
LEON COUNTY, FLORIDA

**Received From:**
Max messinger
925 South Federal Highway
boca raton, FL  33432

**On Behalf Of:**

,

On: 7/15/2020  2:55:45PM
Transaction # 100778841
Cashiered by: T BODIFORD

| CaseNumber  2020 CA 001306 |
|---|

**Judge   JOHN C COOPER**

**HARI OM HARI, INC. DBA LA CASA INN & SUITES   *VS*   MT HAWLEY INSURANCE COMPANY**

| Comments: |
|---|

| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (COMP_CA) COMPLAINT | 400.00 | 0.00 | 0.00 | 400.00 | 400.00 | 0.00 |
| (SUIS) SUMMONS ISSUED | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| Total: | 410.00 | 0.00 | 0.00 | 410.00 | 410.00 | 0.00 |
| Grand Total: | 410.00 | 0.00 | 0.00 | 410.00 | 410.00 | 0.00 |

| PAYMENTS |
|---|

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CREDIT CARD EFILE | 110273533 | OK | 410.00 | 0.00 | 0.00 | 0.00 | 410.00 |
| | Payments Total: | | 410.00 | 0.00 | 0.00 | 0.00 | 410.00 |

Page 1 of 1

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF AN OFFICIAL RECORD OR DOCUMENT AUTHORIZED BY LAW TO BE RECORDED OR FILED AND ACTUALLY RECORDED OR FILED IN THE OFFICE OF THE LEON COUNTY CLERK OF THE CIRCUIT COURT & COMPTROLLER. THIS DOCUMENT MAY HAVE REDACTIONS AS REQUIRED BY LAW.
VISIT HTTPS://CVWEB.CLERK.LEON.FL.US/PUBLIC/INDEX.HTML TO VALIDATE THIS DOCUMENT

Digitally signed by The Honorable Gwen Marshall
Date: 2020.07.29 19:44:52 -04:00
Leon County Clerk of the Circuit Court and
Comptroller
Location: 301 S. Monroe Street, #100, Tallahassee,

Unique Code : CAA-FAD-BCAHD-BAJBHDJJG-ICHBH-C Page 1 of 1

Filing # 110578031 E-Filed 07/21/2020 04:25:47 PM

IN THE CIRCUIT COURT OF THE 2nd
JUDICIAL CIRCUIT IN AND FOR
LEON COUNTY, FLORIDA

HARI OM HARI, INC. DBA LA CASA
INN & SUITES,

CASE NO.: 2020 CA 001306

      Plaintiff,

v.

MT HAWLEY INSURANCE COMPANY,

      Defendant.

_____/

**PLAINTIFF'S NOTICE OF FILING**

      COMES NOW, the Plaintiff, HARI OM HARI, INC. DBA LA CASA INN & SUITES, by

and through their undersigned counsel, and hereby gives notice of filing the acceptance of Service

of Process, attached here to.

      Dated: July 21, 2020

                                      **KANNER & PINTALUGA, P.A.**
                                      Attorneys for Plaintiff
                                      925 S. Federal Highway, Sixth Floor
                                      Boca Raton, FL 33432
                                      Phone: (561) 424-0032
                                      Fax:    (561) 853-2188
                                      **Court Phone Number: (1-888) 824-7834**
                                      Email: aaltman@kpattorney.com
                                                salexandre@kpattorney.com
                                              FirstPartyEService@kpattorney.com

                                    By: _/s/ Alexis Altman_____.
                                        ALEXIS ALTMAN, ESQ.
                                      Florida Bar No.: 0105040

Unique Code : CAA-FAD-BCAHD-BAJBJDFHE-ICHBI-I Page 1 of 2

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF AN OFFICIAL RECORD OR DOCUMENT AUTHORIZED BY LAW TO BE RECORDED OR FILED AND ACTUALLY RECORDED OR FILED IN THE OFFICE OF THE LEON COUNTY CLERK OF THE CIRCUIT COURT & COMPTROLLER. THIS DOCUMENT MAY HAVE REDACTIONS AS REQUIRED BY LAW.

VISIT HTTPS://CVWEB.CLERK.LEON.FL.US/PUBLIC/INDEX.HTML TO VALIDATE THIS DOCUMENT



Digitally signed by The Honorable Gwen Marshall
Date: 2020.07.29 19:44:56 -04:00
Leon County Clerk of the Circuit Court and
Comptroller
Location: 301 S. Monroe Street, #100, Tallahassee,





*20-000198570*

HARI OM HARI INC. DBA LA CASA INN & SUITES

PLAINTIFF(S)

VS.

MT HAWLEY INSURANCE COMPANY

DEFENDANT(S)

_____/

SUMMONS, COMPLAINT, DISCOVERY

| | |
|---|---|
| CASE #: | 2020 CA 001306 |
| COURT: | CIRCUIT COURT |
| COUNTY: | LEON |
| DFS-SOP #: | 20-000198570 |

## <u>NOTICE OF SERVICE OF PROCESS</u>

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Friday, July 17, 2020 and a copy was forwarded by ELECTRONIC DELIVERY on Monday, July 20, 2020 to the designated agent for the named entity as shown below.

MT HAWLEY INSURANCE COMPANY
JEFFREY D. FICK
9025 N. LINDBERGH DRIVE
PEORIA, IL 61615

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

MAX M. MESSINGER
ATTORNEY
KANNER & PINTALUGA
925 S. FEDERAL HIGHWAY, 6TH FLOOR
BOCA RATON, FL 33432                                                     RAD

Office of the General Counsel - Service of Process Section
200 East Gaines Street - P.O. Box 6200 - Tallahassee, FL 32314-6200 - (850)413-4200