

## AAA Claim Consultants, Inc

2509 Barrington Cir
Suite 105
Tallahassee, FL 32308
850-727-7210

Client:      LA Casa Motel and Inn
Property:    2801 N Monroe St.
             Tallahassee, FL 32303

Operator:    GARY

| | | | |
|---|---|---|---|
| Estimator: | Gary C. Rowland | Business: | (850) 727-7210 |
| Position: | President | E-mail: | Gary@3aclaim.com |
| Company: | AAA Claim Consultants, Inc. | | |
| Business: | 2509 Barrington Cir. | | |
| | Tallahassee, FL 32308 | | |

Type of Estimate:    Wind Damage
Date Entered:    5/17/2019          Date Assigned:

Price List:    FLTH8X_OCT19
Labor Efficiency:    Restoration/Service/Remodel
Estimate:    LACASA

This estimate has been prepared by AAA Claim Consultants, Inc. During this process, as in any human process, there can be errors or omissions. Any errors or omissions will be corrected as soon as we are made aware of them. Any errors or omissions does not constitute any misrepresentation on the part of AAA Claim Consultants, Inc. or the insured, it is only an error that will be corrected as soon as possible. AAA Claim Consultants, Inc. will report the level of damages and/or repairs required as accurately as possible. This Estimate reflects additional costs due to Building Code compliance.

AAA Claim Consultants, Inc. will provide the policyholder with a true and correct copy of any report, bid or estimate for damage done on their home by AAA Claim Consultants, Inc. and do so in a timely manner, if the homeowner requests it.

This estimate is provided with the understanding that AAA Claim Consultants, Inc. is not engaged in giving legal, accounting, or other professional advice.
AAA Claim Consultants, Inc. will provide a true and correct scope of work to be performed and costs thereof, regardless of policy limits or other restrictions, if any. AAA Claim Consultants, Inc. reserves the right to revise and/or amend this estimate as additional information that may impact the accuracy of this estimate becomes available.

If legal advice or other expert assistance is required, the services of a competent professional should be sought.
This estimate may not be reproduced or quoted, in whole or in part, by any means whatsoever, without the express written permission of: AAA Claim Consultants, Inc.
Nothing herein constitutes, nor should it be constituted as a waiver of any of the rights of our client under their policy of insurance, specifically they are reserving all the rights under their policy of insurance.

"Pursuant to s. 817.234, Florida Statutes, any person who, with the intent to injure, defraud, or deceive any insurer or insured, prepares, presents, or causes to be presented a proof of loss or estimate of cost or repair of damaged property in support of a claim under an insurance policy knowing that the proof of loss or estimate of claim or repairs contains any false, incomplete, or misleading information concerning any fact or thing material to the claim commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.803, or s. 775.084, Florida Statutes."



EXHIBIT
D



**AAA Claim Consultants, Inc**

2509 Barrington Cir
Suite 105
Tallahassee, FL 32308
850-727-7210

## LACASA

**LACASA**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Interiors have not been included in this estimate. | | | | | | | |
| **Total: LACASA** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

## Main Level

### Roof1

|  | | |
|---|---|---|
| 11100.66 Surface Area | | 111.01 Number of Squares |
| 526.65 Total Perimeter Length | | 210.62 Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Tile roofing - Clay - "S" or flat tile | 111.01 SQ | 173.30 | 0.00 | 3,847.60 | 23,085.63 | (0.00) | 23,085.63 |

Same roof crew will be removing and replacing. There is not a separate crew that handles these two projects.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 2. Tile roofing - Clay - "S" or flat tile | 133.21 SQ | 560.27 | 2,122.73 | 15,351.26 | 92,107.56 | (15,351.26) | 76,756.30 |

**1503.2.1Locations.**
Flashing shall be installed at wall and roof intersections, at gutters, wherever there is a change in roof slope or direction and around roof openings. Where flashing is of metal, the metal shall be corrosion resistantwith a thickness of not less than provided inTable 1503.2or in compliance withRAS 111.

**1506.5Nails.**
Nails shall be corrosion-resistant nails conforming toASTM F1667or an equal corrosion resistance by coating, electro galvanization, mechanical galvanization, hotdipped galvanization, stainless steel, nonferrous metal and alloys or other suitable corrosion-resistant material, or corrosion resistance shall be demonstrated in accordance withTAS114, Appendix E.

**1506.6Screws.**
Wood screws conform toANSI/ASME B18.6.1. Screws shall be corrosion resistant by coating, galvanization, stainless steel, nonferrous metal or other suitable corrosion-resistant material. The corrosion resistance shall be demonstrated through one of the following methods:
   1.Corrosion resistance equivalent toASTM A641, Class 1;
   2.Corrosion resistance in accordance withTAS114, Appendix E; or
   3.Corrosion-resistant coating exhibiting not more than 5 percent red rust after 1000 hours exposure in accordance withASTM B117.

**1506.7Clips.**
Clips shall be corrosion-resistant clips. The corrosion resistance shall meet 0.90 ounce per square foot (0.458 kg/m2) measured according toASTM A90/A90M,TAS 114, Appendix E or an equal corrosion-resistance coating, electro galvanization, mechanical galvanization, hot dipped galvanization, stainless steel, nonferrous metals and alloys or other suitable corrosion-resistant material. Stainless steel clips shall conform toASTM A240/A240M, Type 304.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 3. Roofing felt - 15 lb. - double coverage/low slope | 127.66 SQ | 50.74 | 115.37 | 1,318.58 | 7,911.42 | (1,318.56) | 6,592.86 |



**AAA Claim Consultants, Inc**

2509 Barrington Cir
Suite 105
Tallahassee, FL 32308
850-727-7210

## CONTINUED - Roof1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

**1507.1.1Underlayment.**
Unless otherwise noted, underlayment for asphalt shingles, metal roof panels, metal roof shingles, mineral surfaced roll roofing, slate shingles, wood shingles, and wood shakes shall conform to the applicable standards listed in this chapter. Underlayment materials required to comply withASTM D226,D1970,D4869andD6757shall bear a label indicating compliance to the standard designation and, if applicable, type classification indicated inTable 1507.1.1. Underlayment shall be applied and attached in accordance withTable 1507.1.1.
**Exception:**A reinforced synthetic underlayment that is approved as an alternative to underlayment complying withASTM D226Type II and having a minimum tear strength perASTM D1970orASTM D4533of 20 pounds (9.1 kg) shall be permitted. This underlaymentshall be installed and attached in accordance with the underlayment attachment methods ofTable 1507.1.1for the applicable roof covering and slope, except metal cap nails shall be required where the ultimate design wind speed, $V_{ult}$, equals or exceeds 150 mph.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 4.  Remove Drip edge | 526.65 LF | 0.31 | 0.00 | 32.66 | 195.92 | (0.00) | 195.92 |
| 5.  Drip edge | 526.65 LF | 2.22 | 32.39 | 240.32 | 1,441.87 | (240.31) | 1,201.56 |

**1507.2.9.3Drip edge.**
Provide drip edge at eaves and gables of shingle roofs. Overlap to be a minimum of 3 inches (76 mm). Eave drip edges shall extend1/2inch (13 mm) below sheathing and extend back on the roof a minimum of 2 inches (51 mm). Drip edge at eaves shall be permitted to be installed either over or under the underlayment. If installed over the underlayment, there shall be a minimum 4 inches (51 mm) width of roof cement installed over the drip edge flange. Drip edge shall be mechanically fastened a maximum of 12 inches (305 mm) on center. Where the Vasd, as determined in accordance withSection 1609.3.1, is 110 mph (177 km/h) or greater or the mean roof height exceeds 33 feet (10 058 mm), drip edges shall be mechanically fastened a maximum of 4 inches (102 mm) on center.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 6.  R&R Flashing - pipe jack - 8" | 2.00 EA | 69.85 | 5.32 | 29.00 | 174.02 | (0.00) | 174.02 |
| 7.  R&R Ridge / Hip / Rake cap  and valley cap- tile roofing* | 210.62 LF | 14.49 | 109.63 | 632.30 | 3,793.81 | (0.00) | 3,793.81 |
| 8.  Bird stop - Eave closure strip for tile roofing - metal | 172.00 LF | 3.29 | 20.25 | 117.24 | 703.37 | (0.00) | 703.37 |
| 9.  Valley metal - (W) profile - painted | 880.00 LF | 7.01 | 258.06 | 1,285.38 | 7,712.24 | (1,285.37) | 6,426.87 |

**1507.2.9.2 Valleys.** Valley linings shall be installed in accordance with the manufacturer's instructions before applying shingles. Valley linings of the following types shall be permitted:
 1.    For open valleys lined with metal, the valley lining shall be at least 16 inches (406 mm) wide and of any of the corrosion-resistant metals in Table 1503.2.
 2.    For open valleys, valley lining of two plies of mineral-surfaced roll roofing complying with ASTM D 6380 Class M or ASTM D 3909 shall be permitted. The bottom layer shall be 18 inches (457 mm) and the top layer a minimum of 36 inches (914 mm) wide.
 3.    For closed valleys, valley lining of one ply of smooth roll roofing complying with ASTM D 6380 Class S and at least 36 inches (914 mm) wide or types as described in Items 1 or 2 above shall be permitted. Specialty underlayment complying with ASTM D 1970 may be used in lieu of the lining material.

706.6Flashings.
Flashings shall be reconstructed in accordance with approved manufacturer's installation instructions. Metal flashing to which bituminous materials are to be adhered shall be primed prior to installation (HighVelocity Hurricane Zones shall comply with Sections 1512 through 1525 of the Florida Building Code, Building).

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 10.  Step flashing | 120.00 EA | 10.59 | 39.06 | 261.98 | 1,571.84 | (0.00) | 1,571.84 |

Code Reference:
1510.5 Reinstallation of materials.
Existing slate, clay or cement tile shall be permitted for reinstallation, except that damaged, cracked or broken slate or tile shall not be reinstalled. Any existing flashing, metal edgings, drain outlets, collars and metal counterflashings shall not be reinstalled where rusted, damaged or deteriorated. Aggregate surfacing materials shall not be reinstalled.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 11.  Remove Modified bitumen roof | 111.01 SQ | 47.53 | 0.00 | 1,055.26 | 6,331.57 | (0.00) | 6,331.57 |



**AAA Claim Consultants, Inc**

2509 Barrington Cir
Suite 105
Tallahassee, FL 32308
850-727-7210

## CONTINUED - Roof1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 12.  Modified bitumen roof | 133.21 SQ | 325.89 | 960.51 | 8,874.46 | 53,246.78 | (8,874.46) | 44,372.32 |
| 13.  Bitumen roof - Add. glass felt layer - hot mopped appl. | 133.21 SQ | 89.13 | 205.61 | 2,415.72 | 14,494.34 | (2,415.72) | 12,078.62 |
| 14.  Additional charge for high roof (2 stories or greater) | 111.01 SQ | 4.94 | 0.00 | 109.68 | 658.07 | (0.00) | 658.07 |
| 15.  Additional charge for high roof (2 stories or greater) | 133.21 SQ | 17.20 | 0.00 | 458.24 | 2,749.45 | (0.00) | 2,749.45 |
| 16.  Dumpster load - Approx. 20 yards, 4 tons of debris | 8.00 EA | 404.00 | 0.00 | 646.40 | 3,878.40 | (0.00) | 3,878.40 |
| Above line item for trucks driving on yard and driveway to protect property.<br>Trucks must install tiles on roof, roofing materials on roof, and dumpsters at three locations in yard. | | | | | | | |
| 17.  Hip & ridge nailer board for tile roofing - wood | 421.24 LF | 2.49 | 32.22 | 216.22 | 1,297.33 | (0.00) | 1,297.33 |
| 18.  R&R Flat roof exhaust vent / cap - gooseneck 8" | 4.00 EA | 79.90 | 8.10 | 65.54 | 393.24 | (0.00) | 393.24 |
| 19.  R&R Roof vent - off ridge type - 4' | 3.00 EA | 122.96 | 9.74 | 75.72 | 454.34 | (0.00) | 454.34 |
| 20.  Fall protection harness and lanyard - per week X 8 men* | 8.00 WK | 22.00 | 0.00 | 35.20 | 211.20 | (0.00) | 211.20 |
| 1910.140(b) Osha standards for fall protection<br>*Personal fall arrest system*-means a system used to arrest an employee in a fall from a walking-working surface. It consists of a body harness, anchorage, and connector. The means of connection may include a lanyard, deceleration device, lifeline, or a suitable combination of these.<br>*Personal fall protection system*-means a system (including all components) an employer uses to provide protection from falling or to safely arrest an employee's fall if one occurs. Examples of personal fall protection systems include personal fall arrest systems, positioning systems, and travel restraint systems.<br>https://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=STANDARDS&p_id=1291 | | | | | | | |
| 21.  Water barrier joint taping - Mod. bitumen - 4" seam tape | 6,990.60 SF | 0.26 | 36.70 | 370.86 | 2,225.12 | (0.00) | 2,225.12 |
| 22.  R&R Gutter / downspout - aluminum - 6" | 421.24 LF | 8.26 | 166.49 | 729.20 | 4,375.13 | (0.00) | 4,375.13 |
| **Totals:  Roof1** | | | **4,122.18** | **38,168.82** | **229,012.65** | **29,485.68** | **199,526.97** |

### Roof2



| | 11100.54  Surface Area | | 111.01  Number of Squares |
|---|---|---|---|
| | 525.68  Total Perimeter Length | | 210.62  Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|



**AAA Claim Consultants, Inc**

2509 Barrington Cir
Suite 105
Tallahassee, FL 32308
850-727-7210

## CONTINUED - Roof2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 23.  Remove Tile roofing - Clay - "S" or flat tile | 111.01 SQ | 173.30 | 0.00 | 3,847.60 | 23,085.63 | (0.00) | 23,085.63 |

Same roof crew will be removing and replacing.  There is not a separate crew that handles these two projects.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 24.  Tile roofing - Clay - "S" or flat tile | 133.21 SQ | 560.27 | 2,122.73 | 15,351.26 | 92,107.56 | (15,351.26) | 76,756.30 |

**1503.2.1Locations.**

Flashing shall be installed at wall and roof intersections, at gutters, wherever there is a change in roof slope or direction and around roof openings. Where flashing is of metal, the metal shall be corrosion resistantwith a thickness of not less than provided inTable 1503.2or in compliance withRAS 111.

**1506.5Nails.**

Nails shall be corrosion-resistant nails conforming toASTM F1667or an equal corrosion resistance by coating, electro galvanization, mechanical galvanization, hotdipped galvanization, stainless steel, nonferrous metal and alloys or other suitable corrosion-resistant material, or corrosion resistance shall be demonstrated in accordance withTAS114, Appendix E.

**1506.6Screws.**

Wood screws conform toANSI/ASME B18.6.1. Screws shall be corrosion resistant by coating, galvanization, stainless steel, nonferrous metal or other suitable corrosion-resistant material. The corrosion resistance shall be demonstrated through one of the following methods:
1. Corrosion resistance equivalent toASTM A641, Class 1;
2. Corrosion resistance in accordance withTAS114, Appendix E; or
3. Corrosion-resistant coating exhibiting not more than 5 percent red rust after 1000 hours exposure in accordance withASTM B117.

**1506.7Clips.**

Clips shall be corrosion-resistant clips. The corrosion resistance shall meet 0.90 ounce per square foot (0.458 kg/m2) measured according toASTM A90/A90M,TAS 114, Appendix E or an equal corrosion-resistance coating, electro galvanization, mechanical galvanization, hot dipped galvanization, stainless steel, nonferrous metals and alloys or other suitable corrosion-resistant material. Stainless steel clips shall conform toASTM A240/A240M, Type 304.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 25.  Roofing felt - 15 lb. - double coverage/low slope | 127.66 SQ | 50.74 | 115.37 | 1,318.58 | 7,911.42 | (1,318.56) | 6,592.86 |

**1507.1.1Underlayment.**

Unless otherwise noted, underlayment for asphalt shingles, metal roof panels, metal roof shingles, mineral surfaced roll roofing, slate shingles, wood shingles, and wood shakes shall conform to the applicable standards listed in this chapter. Underlayment materials required to comply withASTM D226,D1970,D4869andD6757shall bear a label indicating compliance to the standard designation and, if applicable, type classification indicated inTable 1507.1.1. Underlayment shall be applied and attached in accordance withTable 1507.1.1.

**Exception:**A reinforced synthetic underlayment that is approved as an alternative to underlayment complying withASTM D2261Type II and having a minimum tear strength perASTM D1970orASTM D4533of 20 pounds (9.1 kg) shall be permitted. This underlaymentshall be installed and attached in accordance with the underlayment attachment methods ofTable 1507.1.1for the applicable roof covering and slope, except metal cap nails shall be required where the ultimate design wind speed, V*ult*, equals or exceeds 150 mph.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26.  Remove Drip edge | 525.68 LF | 0.31 | 0.00 | 32.60 | 195.56 | (0.00) | 195.56 |
| 27.  Drip edge | 525.68 LF | 2.22 | 32.33 | 239.86 | 1,439.20 | (239.87) | 1,199.33 |

**1507.2.9.3Drip edge.**

Provide drip edge at eaves and gables of shingle roofs. Overlap to be a minimum of 3 inches (76 mm). Eave drip edges shall extend1/2inch (13 mm) below sheathing and extend back on the roof a minimum of 2 inches (51 mm). Drip edge at eaves shall be permitted to be installed either over or under the underlayment. If installed over the underlayment, there shall be a minimum 4 inches (51 mm) width of roof cement installed over the drip edge flange. Drip edge shall be mechanically fastened a maximum of 12 inches (305 mm) on center. Where the Vasd, as determined in accordance withSection 1609.3.1, is 110 mph (177 km/h) or greater or the mean roof height exceeds 33 feet (10 058 mm), drip edges shall be mechanically fastened a maximum of 4 inches (102 mm) on center.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 28.  R&R Flashing - pipe jack - 8" | 2.00 EA | 69.85 | 5.32 | 29.00 | 174.02 | (0.00) | 174.02 |
| 29.  R&R Ridge / Hip / Rake cap  and valley cap- tile roofing* | 210.62 LF | 14.49 | 109.63 | 632.30 | 3,793.81 | (0.00) | 3,793.81 |



**AAA Claim Consultants, Inc**

2509 Barrington Cir
Suite 105
Tallahassee, FL 32308
850-727-7210

## CONTINUED - Roof2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 30. Bird stop - Eave closure strip for tile roofing - metal | 172.00 LF | 3.29 | 20.25 | 117.24 | 703.37 | (0.00) | 703.37 |
| 31. Valley metal - (W) profile - painted | 880.00 LF | 7.01 | 258.06 | 1,285.38 | 7,712.24 | (1,285.37) | 6,426.87 |

**1507.2.9.2 Valleys.** Valley linings shall be installed in accordance with the manufacturer's instructions before applying shingles. Valley linings of the following types shall be permitted:
1.   For open valleys lined with metal, the valley lining shall be at least 16 inches (406 mm) wide and of any of the corrosion-resistant metals in Table 1503.2.
2.   For open valleys, valley lining of two plies of mineral-surfaced roll roofing complying with ASTM D 6380 Class M or ASTM D 3909 shall be permitted. The bottom layer shall be 18 inches (457 mm) and the top layer a minimum of 36 inches (914 mm) wide.
3.   For closed valleys, valley lining of one ply of smooth roll roofing complying with ASTM D 6380 Class S and at least 36 inches (914 mm) wide or types as described in Items 1 or 2 above shall be permitted. Specialty underlayment complying with ASTM D 1970 may be used in lieu of the lining material.

706.6Flashings.
Flashings shall be reconstructed in accordance with approved manufacturer's installation instructions. Metal flashing to which bituminous materials are to be adhered shall be primed prior to installation (HighVelocity Hurricane Zones shall comply with Sections 1512 through 1525 of the Florida Building Code, Building).

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 32. Step flashing | 120.00 EA | 10.59 | 39.06 | 261.98 | 1,571.84 | (0.00) | 1,571.84 |

Code Reference:
1510.5 Reinstallation of materials.
Existing slate, clay or cement tile shall be permitted for reinstallation, except that damaged, cracked or broken slate or tile shall not be reinstalled. Any existing flashing, metal edgings, drain outlets, collars and metal counterflashings shall not be reinstalled where rusted, damaged or deteriorated. Aggregate surfacing materials shall not be reinstalled.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 33. Remove Modified bitumen roof | 111.01 SQ | 47.53 | 0.00 | 1,055.26 | 6,331.57 | (0.00) | 6,331.57 |
| 34. Modified bitumen roof | 133.21 SQ | 325.89 | 960.51 | 8,874.46 | 53,246.78 | (8,874.46) | 44,372.32 |
| 35. Bitumen roof - Add. glass felt layer - hot mopped appl. | 133.21 SQ | 89.13 | 205.61 | 2,415.72 | 14,494.34 | (2,415.72) | 12,078.62 |
| 36. Additional charge for high roof (2 stories or greater) | 111.01 SQ | 4.94 | 0.00 | 109.68 | 658.07 | (0.00) | 658.07 |
| 37. Additional charge for high roof (2 stories or greater) | 133.21 SQ | 17.20 | 0.00 | 458.24 | 2,749.45 | (0.00) | 2,749.45 |
| 38. Dumpster load - Approx. 20 yards, 4 tons of debris | 20.00 EA | 404.00 | 0.00 | 1,616.00 | 9,696.00 | (0.00) | 9,696.00 |

Above line item for trucks driving on yard and driveway to protect property.
Trucks must install tiles on roof, roofing materials on roof, and dumpsters at three locations in yard.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 39. Hip & ridge nailer board for tile roofing - wood | 421.24 LF | 2.49 | 32.22 | 216.22 | 1,297.33 | (0.00) | 1,297.33 |
| 40. R&R Flat roof exhaust vent / cap - gooseneck 8" | 4.00 EA | 79.90 | 8.10 | 65.54 | 393.24 | (0.00) | 393.24 |
| 41. R&R Roof vent - off ridge type - 4' | 3.00 EA | 122.96 | 9.74 | 75.72 | 454.34 | (0.00) | 454.34 |
| 42. Fall protection harness and lanyard - per week X 8 men* | 8.00 WK | 22.00 | 0.00 | 35.20 | 211.20 | (0.00) | 211.20 |



**AAA Claim Consultants, Inc**

2509 Barrington Cir
Suite 105
Tallahassee, FL 32308
850-727-7210

**CONTINUED - Roof2**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1910.140(b) Osha standards for fall protection *Personal fall arrest system*-means a system used to arrest an employee in a fall from a walking-working surface. It consists of a body harness, anchorage, and connector. The means of connection may include a lanyard, deceleration device, lifeline, or a suitable combination of these. *Personal fall protection system*-means a system (including all components) an employer uses to provide protection from falling or to safely arrest an employee's fall if one occurs. Examples of personal fall protection systems include personal fall arrest systems, positioning systems, and travel restraint systems. https://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=STANDARDS&p_id=1291 | | | | | | | |
| 43.  Water barrier joint taping - Mod. bitumen - 4" seam tape | 6,990.60 SF | 0.26 | 36.70 | 370.86 | 2,225.12 | (0.00) | 2,225.12 |
| 44.  R&R Gutter / downspout - aluminum - 6" | 420.77 LF | 8.26 | 166.31 | 728.38 | 4,370.25 | (0.00) | 4,370.25 |
| **Totals:  Roof2** | | | **4,121.94** | **39,137.08** | **234,822.34** | **29,485.24** | **205,337.10** |



**Roof3**

5269.71  Surface Area
305.39  Total Perimeter Length

52.70  Number of Squares
100.00  Total Ridge Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 45.  Remove Tile roofing - Clay - "S" or flat tile | 52.70 SQ | 173.30 | 0.00 | 1,826.58 | 10,959.49 | (0.00) | 10,959.49 |
| Same roof crew will be removing and replacing.  There is not a separate crew that handles these two projects. | | | | | | | |
| 46.  Tile roofing - Clay - "S" or flat tile | 63.24 SQ | 560.27 | 1,007.75 | 7,287.86 | 43,727.08 | (7,287.84) | 36,439.24 |

**1503.2.1 Locations.**
Flashing shall be installed at wall and roof intersections, at gutters, wherever there is a change in roof slope or direction and around roof openings. Where flashing is of metal, the metal shall be corrosion resistantwith a thickness of not less than provided in Table 1503.2 or in compliance with RAS 111.



**AAA Claim Consultants, Inc**

2509 Barrington Cir
Suite 105
Tallahassee, FL 32308
850-727-7210

**CONTINUED - Roof3**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

**1506.5Nails.**
Nails shall be corrosion-resistant nails conforming toASTM F1667or an equal corrosion resistance by coating, electro galvanization, mechanical galvanization, hotdipped galvanization, stainless steel, nonferrous metal and alloys or other suitable corrosion-resistant material, or corrosion resistance shall be demonstrated in accordance withTAS114, Appendix E.

**1506.6Screws.**
Wood screws conform toANSI/ASME B18.6.1. Screws shall be corrosion resistant by coating, galvanization, stainless steel, nonferrous metal or other suitable corrosion-resistant material. The corrosion resistance shall be demonstrated through one of the following methods:
  1.Corrosion resistance equivalent toASTM A641, Class 1;
  2.Corrosion resistance in accordance withTAS114, Appendix E; or
  3.Corrosion-resistant coating exhibiting not more than 5 percent red rust after 1000 hours exposure in accordance withASTM B117.

**1506.7Clips.**
Clips shall be corrosion-resistant clips. The corrosion resistance shall meet 0.90 ounce per square foot (0.458 kg/m2) measured according toASTM A90/A90M,TAS 114, Appendix E or an equal corrosion-resistance coating, electro galvanization, mechanical galvanization, hot dipped galvanization, stainless steel, nonferrous metals and alloys or other suitable corrosion-resistant material. Stainless steel clips shall conform toASTM A240/A240M, Type 304.

| 47. Roofing felt - 15 lb. - double coverage/low slope | 60.60 SQ | 50.74 | 54.77 | 625.92 | 3,755.53 | (625.92) | 3,129.61 |

**1507.1.1Underlayment.**
Unless otherwise noted, underlayment for asphalt shingles, metal roof panels, metal roof shingles, mineral surfaced roll roofing, slate shingles, wood shingles, and wood shakes shall conform to the applicable standards listed in this chapter. Underlayment materials required to comply withASTM D226,D1970,D4869andD6757shall bear a label indicating compliance to the standard designation and, if applicable, type classification indicated inTable 1507.1.1. Underlayment shall be applied and attached in accordance withTable 1507.1.1.
**Exception:**A reinforced synthetic underlayment that is approved as an alternative to underlayment complying withASTM D226Type II and having a minimum tear strength perASTM D1970orASTM D4533of 20 pounds (9.1 kg) shall be permitted. This underlaymentshall be installed and attached in accordance with the underlayment attachment methods ofTable 1507.1.1for the applicable roof covering and slope, except metal cap nails shall be required where the ultimate design wind speed, $V_{ult}$, equals or exceeds 150 mph.

| 48. Remove Drip edge | 305.39 LF | 0.31 | 0.00 | 18.94 | 113.61 | (0.00) | 113.61 |
| 49. Drip edge | 305.39 LF | 2.22 | 18.78 | 139.36 | 836.11 | (139.35) | 696.76 |

**1507.2.9.3Drip edge.**
Provide drip edge at eaves and gables of shingle roofs. Overlap to be a minimum of 3 inches (76 mm). Eave drip edges shall extend1/2inch (13 mm) below sheathing and extend back on the roof a minimum of 2 inches (51 mm). Drip edge at eaves shall be permitted to be installed either over or under the underlayment. If installed over the underlayment, there shall be a minimum 4 inches (51 mm) width of roof cement installed over the drip edge flange. Drip edge shall be mechanically fastened a maximum of 12 inches (305 mm) on center. Where the Vasd, as determined in accordance withSection 1609.3.1, is 110 mph (177 km/h) or greater or the mean roof height exceeds 33 feet (10 058 mm), drip edges shall be mechanically fastened a maximum of 4 inches (102 mm) on center.

| 50. R&R Flashing - pipe jack - 8" | 2.00 EA | 69.85 | 5.32 | 29.00 | 174.02 | (0.00) | 174.02 |
| 51. R&R Ridge / Hip / Rake cap and valley cap- tile roofing* | 100.00 LF | 14.49 | 52.05 | 300.22 | 1,801.27 | (0.00) | 1,801.27 |
| 52. Bird stop - Eave closure strip for tile roofing - metal | 172.00 LF | 3.29 | 20.25 | 117.24 | 703.37 | (0.00) | 703.37 |
| 53. Valley metal - (W) profile - painted | 880.00 LF | 7.01 | 258.06 | 1,285.38 | 7,712.24 | (1,285.37) | 6,426.87 |



**AAA Claim Consultants, Inc**

2509 Barrington Cir
Suite 105
Tallahassee, FL 32308
850-727-7210

### CONTINUED - Roof3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **1507.2.9.2 Valleys.** Valley linings shall be installed in accordance with the manufacturer's instructions before applying shingles. Valley linings of the following types shall be permitted: | | | | | | | |

**1507.2.9.2 Valleys.** Valley linings shall be installed in accordance with the manufacturer's instructions before applying shingles. Valley linings of the following types shall be permitted:
1.   For open valleys lined with metal, the valley lining shall be at least 16 inches (406 mm) wide and of any of the corrosion-resistant metals in Table 1503.2.
2.   For open valleys, valley lining of two plies of mineral-surfaced roll roofing complying with ASTM D 6380 Class M or ASTM D 3909 shall be permitted. The bottom layer shall be 18 inches (457 mm) and the top layer a minimum of 36 inches (914 mm) wide.
3.   For closed valleys, valley lining of one ply of smooth roll roofing complying with ASTM D 6380 Class S and at least 36 inches (914 mm) wide or types as described in Items 1 or 2 above shall be permitted. Specialty underlayment complying with ASTM D 1970 may be used in lieu of the lining material.

706.6Flashings.
Flashings shall be reconstructed in accordance with approved manufacturer's installation instructions. Metal flashing to which bituminous materials are to be adhered shall be primed prior to installation (High Velocity Hurricane Zones shall comply with Sections 1512 through 1525 of the Florida Building Code, Building).

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 54.  Step flashing | 120.00 EA | 10.59 | 39.06 | 261.98 | 1,571.84 | (0.00) | 1,571.84 |

Code Reference:
1510.5 Reinstallation of materials.
Existing slate, clay or cement tile shall be permitted for reinstallation, except that damaged, cracked or broken slate or tile shall not be reinstalled. Any existing flashing, metal edgings, drain outlets, collars and metal counterflashings shall not be reinstalled where rusted, damaged or deteriorated. Aggregate surfacing materials shall not be reinstalled.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55.  Remove Modified bitumen roof | 52.70 SQ | 47.53 | 0.00 | 500.96 | 3,005.79 | (0.00) | 3,005.79 |
| 56.  Modified bitumen roof | 63.24 SQ | 325.89 | 455.99 | 4,213.06 | 25,278.33 | (4,213.06) | 21,065.27 |
| 57.  Bitumen roof - Add. glass felt layer - hot mopped appl. | 63.24 SQ | 89.13 | 97.61 | 1,146.84 | 6,881.03 | (1,146.84) | 5,734.19 |
| 58.  Additional charge for high roof (2 stories or greater) | 52.70 SQ | 4.94 | 0.00 | 52.06 | 312.40 | (0.00) | 312.40 |
| 59.  Additional charge for high roof (2 stories or greater) | 63.24 SQ | 17.20 | 0.00 | 217.54 | 1,305.27 | (0.00) | 1,305.27 |
| 60.  Dumpster load - Approx. 20 yards, 4 tons of debris | 5.00 EA | 404.00 | 0.00 | 404.00 | 2,424.00 | (0.00) | 2,424.00 |

Above line item for trucks driving on yard and driveway to protect property.
Trucks must install tiles on roof, roofing materials on roof, and dumpsters at three locations in yard.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 61.  Hip & ridge nailer board for tile roofing - wood | 200.00 LF | 2.49 | 15.30 | 102.66 | 615.96 | (0.00) | 615.96 |
| 62.  R&R Flat roof exhaust vent / cap - gooseneck 8" | 4.00 EA | 79.90 | 8.10 | 65.54 | 393.24 | (0.00) | 393.24 |
| 63.  R&R Roof vent - off ridge type - 4' | 3.00 EA | 122.96 | 9.74 | 75.72 | 454.34 | (0.00) | 454.34 |
| 64.  Fall protection harness and lanyard - per week X 8 men* | 8.00 WK | 22.00 | 0.00 | 35.20 | 211.20 | (0.00) | 211.20 |

1910.140(b) Osha standards for fall protection
*Personal fall arrest system*-means a system used to arrest an employee in a fall from a walking-working surface. It consists of a body harness, anchorage, and connector. The means of connection may include a lanyard, deceleration device, lifeline, or a suitable combination of these.
*Personal fall protection system*-means a system (including all components) an employer uses to provide protection from falling or to safely arrest an employee's fall if one occurs. Examples of personal fall protection systems include personal fall arrest systems, positioning systems, and travel restraint systems.
https://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=STANDARDS&p_id=1291



**AAA Claim Consultants, Inc**

2509 Barrington Cir
Suite 105
Tallahassee, FL 32308
850-727-7210

**CONTINUED - Roof3**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 65. Water barrier joint taping - Mod. bitumen - 4" seam tape | 6,990.60 SF | 0.26 | 36.70 | 370.86 | 2,225.12 | (0.00) | 2,225.12 |
| 66. R&R Gutter / downspout - aluminum - 6" | 200.00 LF | 8.26 | 79.05 | 346.22 | 2,077.27 | (0.00) | 2,077.27 |

| Totals: Roof3 | | | 2,158.53 | 19,423.14 | 116,538.51 | 14,698.38 | 101,840.13 |
|---|---|---|---|---|---|---|---|



**Roof4**

2628.76  Surface Area
184.84  Total Perimeter Length

26.29  Number of Squares
50.00  Total Ridge Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 67. Remove Tile roofing - Clay - "S" or flat tile | 26.29 SQ | 173.30 | 0.00 | 911.22 | 5,467.28 | (0.00) | 5,467.28 |

Same roof crew will be removing and replacing. There is not a separate crew that handles these two projects.

| 68. Tile roofing - Clay - "S" or flat tile | 31.55 SQ | 560.27 | 502.76 | 3,635.86 | 21,815.14 | (3,635.85) | 18,179.29 |

**1503.2.1Locations.**
Flashing shall be installed at wall and roof intersections, at gutters, wherever there is a change in roof slope or direction and around roof openings. Where flashing is of metal, the metal shall be corrosion resistantwith a thickness of not less than provided inTable 1503.2or in compliance withRAS 111.
**1506.5Nails.**
Nails shall be corrosion-resistant nails conforming toASTM F1667or an equal corrosion resistance by coating, electro galvanization, mechanical galvanization, hotdipped galvanization, stainless steel, nonferrous metal and alloys or other suitable corrosion-resistant material, or corrosion resistance shall be demonstrated in accordance withTAS114, Appendix E.
**1506.6Screws.**
Wood screws conform toANSI/ASME B18.6.1. Screws shall be corrosion resistant by coating, galvanization, stainless steel, nonferrous metal or other suitable corrosion-resistant material. The corrosion resistance shall be demonstrated through one of the following methods:
   1.Corrosion resistance equivalent toASTM A641, Class 1;
   2.Corrosion resistance in accordance withTAS114, Appendix E; or
   3.Corrosion-resistant coating exhibiting not more than 5 percent red rust after 1000 hours exposure in accordance withASTM B117.
**1506.7Clips.**
Clips shall be corrosion-resistant clips. The corrosion resistance shall meet 0.90 ounce per square foot (0.458 kg/m2) measured according toASTM A90/A90M,TAS 114, Appendix E or an equal corrosion-resistance coating, electro galvanization, mechanical galvanization, hot dipped galvanization, stainless steel, nonferrous metals and alloys or other suitable corrosion-resistant material. Stainless steel clips shall conform toASTM A240/A240M, Type 304.

| 69. Roofing felt - 15 lb. - double coverage/low slope | 30.23 SQ | 50.74 | 27.32 | 312.24 | 1,873.43 | (312.23) | 1,561.20 |



**AAA Claim Consultants, Inc**

2509 Barrington Cir
Suite 105
Tallahassee, FL 32308
850-727-7210

**CONTINUED - Roof4**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

**1507.1.1Underlayment.**
Unless otherwise noted, underlayment for asphalt shingles, metal roof panels, metal roof shingles, mineral surfaced roll roofing, slate shingles, wood shingles, and wood shakes shall conform to the applicable standards listed in this chapter. Underlayment materials required to comply withASTM D226,D1970,D4869andD6757shall bear a label indicating compliance to the standard designation and, if applicable, type classification indicated inTable 1507.1.1. Underlayment shall be applied and attached in accordance withTable 1507.1.1.
**Exception:**A reinforced synthetic underlayment that is approved as an alternative to underlayment complying withASTM D226Type II and having a minimum tear strength perASTM D1970orASTM D4533of 20 pounds (9.1 kg) shall be permitted. This underlaymentshall be installed and attached in accordance with the underlayment attachment methods ofTable 1507.1.1for the applicable roof covering and slope, except metal cap nails shall be required where the ultimate design wind speed, $V_{ult}$, equals or exceeds 150 mph.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 70. Remove Drip edge | 184.84 LF | 0.31 | 0.00 | 11.46 | 68.76 | (0.00) | 68.76 |
| 71. Drip edge | 184.84 LF | 2.22 | 11.37 | 84.34 | 506.05 | (84.34) | 421.71 |

**1507.2.9.3Drip edge.**
Provide drip edge at eaves and gables of shingle roofs. Overlap to be a minimum of 3 inches (76 mm). Eave drip edges shall extend1/2inch (13 mm) below sheathing and extend back on the roof a minimum of 2 inches (51 mm). Drip edge at eaves shall be permitted to be installed either over or under the underlayment. If installed over the underlayment, there shall be a minimum 4 inches (51 mm) width of roof cement installed over the drip edge flange. Drip edge shall be mechanically fastened a maximum of 12 inches (305 mm) on center. Where the Vasd, as determined in accordance withSection 1609.3.1, is 110 mph (177 km/h) or greater or the mean roof height exceeds 33 feet (10 058 mm), drip edges shall be mechanically fastened a maximum of 4 inches (102 mm) on center.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. R&R Flashing - pipe jack - 8" | 2.00 EA | 69.85 | 5.32 | 29.00 | 174.02 | (0.00) | 174.02 |
| 73. R&R Ridge / Hip / Rake cap and valley cap- tile roofing* | 50.00 LF | 14.49 | 26.03 | 150.10 | 900.63 | (0.00) | 900.63 |
| 74. Bird stop - Eave closure strip for tile roofing - metal | 172.00 LF | 3.29 | 20.25 | 117.24 | 703.37 | (0.00) | 703.37 |
| 75. Valley metal - (W) profile - painted | 880.00 LF | 7.01 | 258.06 | 1,285.38 | 7,712.24 | (1,285.37) | 6,426.87 |

**1507.2.9.2 Valleys.** Valley linings shall be installed in accordance with the manufacturer's instructions before applying shingles. Valley linings of the following types shall be permitted:
1. For open valleys lined with metal, the valley lining shall be at least 16 inches (406 mm) wide and of any of the corrosion-resistant metals in Table 1503.2.
2. For open valleys, valley lining of two plies of mineral-surfaced roll roofing complying with ASTM D 6380 Class M or ASTM D 3909 shall be permitted. The bottom layer shall be 18 inches (457 mm) and the top layer a minimum of 36 inches (914 mm) wide.
3. For closed valleys, valley lining of one ply of smooth roll roofing complying with ASTM D 6380 Class S and at least 36 inches (914 mm) wide or types as described in Items 1 or 2 above shall be permitted. Specialty underlayment complying with ASTM D 1970 may be used in lieu of the lining material.

**706.6Flashings.**
Flashings shall be reconstructed in accordance with approved manufacturer's installation instructions. Metal flashing to which bituminous materials are to be adhered shall be primed prior to installation (HighVelocity Hurricane Zones shall comply with Sections 1512 through 1525 of the Florida Building Code, Building).

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Step flashing | 120.00 EA | 10.59 | 39.06 | 261.98 | 1,571.84 | (0.00) | 1,571.84 |

**Code Reference:**
**1510.5 Reinstallation of materials.**
Existing slate, clay or cement tile shall be permitted for reinstallation, except that damaged, cracked or broken slate or tile shall not be reinstalled. Any existing flashing, metal edgings, drain outlets, collars and metal counterflashings shall not be reinstalled where rusted, damaged or deteriorated. Aggregate surfacing materials shall not be reinstalled.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Remove Modified bitumen roof | 26.29 SQ | 47.53 | 0.00 | 249.92 | 1,499.48 | (0.00) | 1,499.48 |



**AAA Claim Consultants, Inc**

2509 Barrington Cir
Suite 105
Tallahassee, FL 32308
850-727-7210

**CONTINUED - Roof4**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 78.  Modified bitumen roof | 31.55 SQ | 325.89 | 227.49 | 2,101.86 | 12,611.18 | (2,101.87) | 10,509.31 |
| 79.  Bitumen roof - Add. glass felt layer - hot mopped appl. | 31.55 SQ | 89.13 | 48.70 | 572.16 | 3,432.91 | (572.15) | 2,860.76 |
| 80.  Additional charge for high roof (2 stories or greater) | 26.29 SQ | 4.94 | 0.00 | 25.98 | 155.85 | (0.00) | 155.85 |
| 81.  Additional charge for high roof (2 stories or greater) | 31.55 SQ | 17.20 | 0.00 | 108.54 | 651.20 | (0.00) | 651.20 |
| 82.  Dumpster load - Approx. 20 yards, 4 tons of debris | 2.00 EA | 404.00 | 0.00 | 161.60 | 969.60 | (0.00) | 969.60 |

Above line item for trucks driving on yard and driveway to protect property.
Trucks must install tiles on roof, roofing materials on roof, and dumpsters at three locations in yard.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 83.  Hip & ridge nailer board for tile roofing - wood | 100.00 LF | 2.49 | 7.65 | 51.34 | 307.99 | (0.00) | 307.99 |
| 84.  R&R Flat roof exhaust vent / cap - gooseneck 8" | 4.00 EA | 79.90 | 8.10 | 65.54 | 393.24 | (0.00) | 393.24 |
| 85.  R&R Roof vent - off ridge type - 4' | 3.00 EA | 122.96 | 9.74 | 75.72 | 454.34 | (0.00) | 454.34 |
| 86.  Fall protection harness and lanyard - per week X 8 men* | 8.00 WK | 22.00 | 0.00 | 35.20 | 211.20 | (0.00) | 211.20 |

1910.140(b) Osha standards for fall protection
*Personal fall arrest system*-means a system used to arrest an employee in a fall from a walking-working surface. It consists of a body harness, anchorage, and connector. The means of connection may include a lanyard, deceleration device, lifeline, or a suitable combination of these.
*Personal fall protection system*-means a system (including all components) an employer uses to provide protection from falling or to safely arrest an employee's fall if one occurs. Examples of personal fall protection systems include personal fall arrest systems, positioning systems, and travel restraint systems.
https://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=STANDARDS&p_id=1291

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 87.  Water barrier joint taping - Mod. bitumen - 4" seam tape | 6,990.60 SF | 0.26 | 36.70 | 370.86 | 2,225.12 | (0.00) | 2,225.12 |
| 88.  R&R Gutter / downspout - aluminum - 6" | 79.75 LF | 8.26 | 31.52 | 138.06 | 828.32 | (0.00) | 828.32 |

| | | | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals:  Roof4** | | | 1,260.07 | 10,755.60 | 64,533.19 | 7,991.81 | 56,541.38 |
| **Total:  Main Level** | | | 11,662.72 | 107,484.64 | 644,906.69 | 81,661.11 | 563,245.58 |
| **Line Item Totals:  LACASA** | | | 11,662.72 | 107,484.64 | 644,906.69 | 81,661.11 | 563,245.58 |



**AAA Claim Consultants, Inc**

2509 Barrington Cir
Suite 105
Tallahassee, FL 32308
850-727-7210

## Grand Total Areas:

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls and Ceiling |
| 0.00 SF Floor | 0.00 SY Flooring | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 0.00 LF Ceil. Perimeter |
| | | |
| 0.00 Floor Area | 0.00 Total Area | 0.00 Interior Wall Area |
| 1,780.77 Exterior Wall Area | 0.00 Exterior Perimeter of Walls | |
| | | |
| 30,099.67 Surface Area | 301.00 Number of Squares | 3,085.13 Total Perimeter Length |
| 571.24 Total Ridge Length | 0.00 Total Hip Length | |



**AAA Claim Consultants, Inc**

2509 Barrington Cir
Suite 105
Tallahassee, FL 32308
850-727-7210

## Summary

| | |
|---|---:|
| Line Item Total | 525,759.33 |
| Material Sales Tax | 11,662.72 |
| Subtotal | 537,422.05 |
| Overhead | 53,742.32 |
| Profit | 53,742.32 |
| **Replacement Cost Value** | **$644,906.69** |
| Less Depreciation | (81,661.11) |
| **Actual Cash Value** | **$563,245.58** |
| Less Deductible | (25,000.00) |
| **Net Claim** | **$538,245.58** |
| Total Recoverable Depreciation | 81,661.11 |
| **Net Claim if Depreciation is Recovered** | **$619,906.69** |

Gary C. Rowland
President



**AAA Claim Consultants, Inc**

2509 Barrington Cir
Suite 105
Tallahassee, FL 32308
850-727-7210

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (7.5%) | Cleaning Mat Tax (7.5%) | Total Cleaning Tax (7.5%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (7.5%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 53,742.32 | 53,742.32 | 11,662.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **53,742.32** | **53,742.32** | **11,662.72** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |



**AAA Claim Consultants, Inc**

2509 Barrington Cir
Suite 105
Tallahassee, FL 32308
850-727-7210

## Recap by Room

**Estimate: LACASA**

**Area: Main Level**

| | | |
|---|---:|---:|
| **Roof1** | 186,721.65 | 35.51% |
| **Roof2** | 191,563.32 | 36.44% |
| **Roof3** | 94,956.84 | 18.06% |
| **Roof4** | 52,517.52 | 9.99% |
| **Area Subtotal:  Main Level** | **525,759.33** | **100.00%** |
| **Subtotal of Areas** | **525,759.33** | **100.00%** |
| **Total** | **525,759.33** | **100.00%** |



**AAA Claim Consultants, Inc**

2509 Barrington Cir
Suite 105
Tallahassee, FL 32308
850-727-7210

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| **GENERAL DEMOLITION** | 85,228.83 | | 85,228.83 |
| **INTERIOR LATH & PLASTER** | 5,083.20 | | 5,083.20 |
| **ROOFING** | 425,993.57 | 79,589.54 | 346,404.03 |
| **SCAFFOLDING** | 704.00 | | 704.00 |
| **SOFFIT, FASCIA, & GUTTER** | 8,749.73 | | 8,749.73 |
| **O&P Items Subtotal** | 525,759.33 | 79,589.54 | 446,169.79 |
| Material Sales Tax | 11,662.72 | 2,071.57 | 9,591.15 |
| Overhead | 53,742.32 | | 53,742.32 |
| Profit | 53,742.32 | | 53,742.32 |
| **Total** | 644,906.69 | 81,661.11 | 563,245.58 |

LACASA

Roof3

F6(B)

F5(A)

50'

100'

26' 4"
25'

26' 4"
25'

26' 4"
25'

50'

26' 4"
25'

50'

Roof2

F4(B)

F3(A)

Roof1

F2(B)

F1(A)

210' 9"

210' 2"

210' 7"

25' 10"
24' 6"

29' 9"

26' 4"
25'

26' 4"
25'

26'
24' 8"

Roof4

26'9"L
25'

29' 4"L
25'

50'



N